Leela Kapur (SBN 125548)
  leela.kapur@lacity.org
Kathleen A. Kenealy (SBN 212289)
  kathleen.kenealy@lacity.org
Joseph A. Brajevich (SBN 156144)
  joseph.brajevich@ladwp.com
LOS ANGELES CITY ATTORNEY'S OFFICE
200 Main Street, 800 City Hall East
Los Angeles, California 90012
Telephone: (213) 978-8100
Facsimile: (213) 978-8312

BROWNE GEORGE ROSS LLP
Eric M. George (SBN 166403)
  egeorge@bgrfirm.com
Maribeth Annaguey (SBN 228431)
  mannaguey@bgrfirm.com
Kim S. Zeldin (SBN 135780)
  kzeldin@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendants
City of Los Angeles and Michael N. Feuer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GRIECO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J LIBMAN APC, a California Professional Corporation; MICHAEL J. LIBMAN, an individual; KIESEL LAW LLP, a California limited liability partnership; PAUL | Case No. 2:19-cv-06661-VAP (JCx)<br><br>**STIPULATION REGARDING ENLARGEMENT OF BRIEFS REGARDING MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Virginia A. Phillips<br>Courtroom:  8A<br>Trial Date:  None Set<br><br>FAC Filed: Oct. 17, 2019<br>Current Response Due:  Dec. 6, 2019 |

1  KIESEL, an individual; PARADIS
   LAW GROUP PLLC, a New York
2  Professional Service Limited Liability
   Company; PAUL PARADIS, an
3  individual,

4              Defendants.

Case No. 2:19-cv-06661-VAP (JCx)
STIPULATION REGARDING ENLARGEMENT OF BRIEFS REGARDING MOTION TO DISMISS
FIRST AMENDED CLASS ACTION COMPLAINT

1    Plaintiff Dennis Bradshaw ("Plaintiff") and Defendants City of Los Angeles
2 and Michael N. Feuer (collectively, "Defendants") (Plaintiff and Defendants are
3 collectively referred to as the "Parties"), by and through their respective counsel,
4 hereby stipulate as follows:
5    WHEREAS, Plaintiff filed the Class Action Complaint in the above-captioned
6 action on July 31, 2019 (Dkt. No. 1);
7    WHEREAS, Plaintiff filed the First Amended Class Action Complaint
8 ("FAC") on October 17, 2019 (Dkt. No. 48), spanning 79 pages and asserting a total
9 of 19 claims against 12 defendants;
10    WHEREAS, the deadline for Defendants' responsive pleadings to the FAC,
11 including motions to dismiss the FAC, is December 6, 2019 (Dkt. No. 53);
12    WHEREAS, Defendants currently anticipate jointly filing a motion to dismiss
13 the FAC based on several arguments, some of which overlap and are similar between
14 Defendants;
15    WHEREAS, the Standing Order provides that, subject to this Court approving
16 an extension, "Memoranda of Points and Authorities in support of or in opposition to
17 motions shall not exceed 25 pages" and "Replies shall not exceed 12 pages" (Dkt.
18 No. 10);
19    WHEREAS, the Parties agree that an extension of the page limit provided in
20 the Standing Order is appropriate and warranted in this case to allow Defendants to
21 move to dismiss the FAC jointly, rather than in separate motions, and for the Parties
22 to address more fully and comprehensively their respective arguments.
23    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
24 Parties, through their respective counsel and subject to this Court's approval, that:
25    1.   The page limit for Defendants' memorandum of points and authorities in
26 support of their anticipated Motion to Dismiss the FAC, which they anticipate will be
27 filed jointly, will be 30 pages;
28    2.   The page limit for Plaintiff's memorandum of points and authorities in

-1- Case No. 2:19-cv-06661-VAP (JCx)
STIPULATION REGARDING ENLARGEMENT OF BRIEFS REGARDING MOTION TO DISMISS
FIRST AMENDED CLASS ACTION COMPLAINT

opposition to Defendants' anticipated Motion to Dismiss will be 35 pages; and

3. The page limit for Defendants' reply in support of their anticipated Motion to Dismiss the FAC will be 17 pages.

**IT IS SO STIPULATED.**

DATED: November 25, 2019        THE X-LAW GROUP, P.C.
　　　　　　　　　　　　　　　　　　Filippo Marchino
　　　　　　　　　　　　　　　　　　Damon Rogers
　　　　　　　　　　　　　　　　　　Thomas E. Gray

　　　　　　　　　　　　　　　　By:  */s/ Filippo Marchino*
　　　　　　　　　　　　　　　　　　Filippo Marchino
　　　　　　　　　　　　　　　　Attorneys for Dennis Bradshaw

DATED: November 25, 2019        BROWNE GEORGE ROSS LLP
　　　　　　　　　　　　　　　　　　Eric M. George
　　　　　　　　　　　　　　　　　　Maribeth Annaguey
　　　　　　　　　　　　　　　　　　Kim S. Zeldin

　　　　　　　　　　　　　　　　By:  */s/ Kim S. Zeldin*
　　　　　　　　　　　　　　　　　　Kim S. Zeldin
　　　　　　　　　　　　　　　　Attorneys for City of Los Angeles and Michael N. Feuer

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Kim S. Zeldin, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 25, 2019    By:  */s/ Kim S. Zeldin*
　　　　　　　　　　　　　　　　　　Kim S. Zeldin