JOSEPH P. MCMONIGLE, Bar No. 66811
KATHLEEN M. EWINS, Bar No. 154365
JOHN B. SULLIVAN, Bar No. 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 397-2222
Facsimile:   (415) 397-6392
Email:       jmcmonigle@longlevit.com
             kewins@longlevit.com
             jsullivan@longlevit.com

Attorneys for Defendants
THE LANDSKRONER LAW FIRM, LTD.
dba LANDSKRONER, GREICO,
MERRIMAN, LLC, and JACK
LANDSKRONER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated, <br><br>        Plaintiff, <br><br>v. <br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GREICO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J. LIBMAN APC, a California Professional Corporation; MICHAEL J LIBMAN, an individual, <br><br>        Defendants. | Case No.  2:19-cv-06661-VAP-JC <br><br> Hon. Virginia A. Phillips <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GREICO MERRIMAN, LLC AND JACK LANDSKRONER'S MOTION TO STAY ACTION** <br><br> Date:        February 3, 2020 <br> Time:        2:00 p.m. <br> Courtroom:  8A <br><br> Action Filed:   July 31, 2019 |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO STAY ACTION
CASE NO. 2:19-cv-06661-VAP-JC

1    The Landskroner Law Firm, Ltd. dba Landrskoner, Greico, Merriman, LLC's

2    and Jack Landskroner's (collectively the "Landskroner Defendants") Motion to

3    Stay came on for hearing on February 3, 2020 in Courtroom 8A of the United

4    States District Court for the Central District of California, the Honorable Virginia

5    Phillips presiding.  After considering the submissions of the Landskroner

6    Defendants and Bradshaw, including the documents judicially noticed and

7    incorporated by reference, IT IS HEREBY ORDERED:

8        1.    The Landskroner Defendants motion to stay case is granted.

9

10   Dated: _____, 2020.

11

12

13                            Hon. Virginia A. Phillips

14

15

16

17

18

19   4818-9137-2206, v. 1

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO STAY ACTION
CASE NO. 2:19-cv-06661-VAP-JC