# EXHIBIT 34

EXHIBIT 34
Page 1042

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2              FOR THE COUNTY OF LOS ANGELES

3                SPRING STREET COURTHOUSE

4

5
                                    )
6    CITY OF LOS ANGELES,           )   SUPERIOR COURT
                                    )   Case No. 574690
7                    Plaintiff,     )
                                    )
8    vs.                            )
                                    )   Assigned to Judge
9    PRICEWATERHOUSECOOPERS LLP,    )   Elihu M. Berle
                                    )   Spring Street
10                   Defendant.     )   Department 6
     _____)
11

12

13

14

15                    Volume III

16            DEPOSITION OF PAUL KIESEL

17            Wednesday, May 29, 2019

18                    9:09 a.m.

19

20              DEPOSITION HELD:

21            Spring Street Courthouse
        312 North Spring Street, Jury Assembly Room
22           Los Angeles, California 90012

23

24   REPORTED BY:
     Anita B. Alderson
25   CSR No. 11843

 1    clearing the plan with the Department of Water and Power

 2    before effectuating it.

 3         Q    Do you recall any conversation with anyone

 4    on the DWP board of commissioners in advance of

 5    effectuating the plan?

 6         A    I recall no conversations with the board.

 7         Q    Was it your understanding that anyone on the

 8    board had been advised of the plan in advance?

 9         A    I have no recollection of whether anyone on

10    the board was provided any advance information.

11         Q    Returning to the -- withdrawn.

12              Let me go back for a moment.

13              Were you ever involved in any conversations

14    with any member of the board, the DWP board, after April 1,

15    2015, in which the genesis of the Jones versus LADWP suit

16    was discussed?

17         A    Not that I have a recollection of.

18         Q    Did you have any discussion with anyone in

19    advance of April 1, 2015, as to whether Mr. Feuer had been

20    made aware of the plan to use Mr. Antwon Jones as a named

21    plaintiff to bring a lawsuit against the City that could

22    then be settled?

23              THE WITNESS:  Could you read that back.

24

25              (Whereby the Court Reporter read back the last

1          question.)

2          THE WITNESS:   I don't recall any conversations.

3     BY MR. THOMASCH:

4          Q     The suggested agenda on Exhibit 83, item 7

5     is "assignment of responsibilities."

6               Were there any specific responsibilities

7     assigned to you that you can recall in connection with this

8     agenda and the ensuing meeting?

9          A     To the best of my recollection, there was an

10    assigned responsibility which was to do nothing, basically

11    be in the background.

12         Q     No. 8, is "other items."

13              Do you recall any other items being

14    discussed at the meeting that followed this agenda?

15         A     I do not.

16    MR. THOMASCH:  Ask the reporter to mark as exhibit

17    84 an email from Mr. Libman to Mr. Kiesel dated March 11,

18    2015.

19              (Whereby the Court Reporter marked Exhibit No. 84

20               for identification.)

21

22    BY MR. THOMASCH:

23         Q     Do you recall receiving the email marked as

24    Exhibit 84 from Mr. Libman on or about March 11, 2015?

25         A     I do.

```
 1   STATE OF CALIFORNIA    )

 2   COUNTY OF LOS ANGELES )

 3

 4        I, Anita B. Alderson, CSR No. 11843, Certified

 5   Shorthand Reporter, do hereby certify:

 6        That prior to being examined, the witness named in

 7   the foregoing deposition was by me duly sworn;

 8        That said deposition was taken down by me in

 9   stenographic form at the time and place therein named and

10   thereafter transcribed under my direction;

11        I further certify that I am neither Counsel for, nor

12   related to, any party to said proceedings and not in any

13   way interested in the outcome thereof.

14        I declare under penalty of perjury under the laws of

15   the State of California that the foregoing is true and

16   correct.

17

18   DATED:  June 2, 2019

19

20

21   _____

22   Anita B. Alderson, CSR No. 11843

23

24

25
```