| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| VIKRAM SOHAL (SBN 240251) <br> vsohal@nemecek-cole.com <br> NEMECEK & COLE <br> A Professional Corporation <br> 16255 Ventura Boulevard, Suite 300 <br> Encino, CA 91436-2300 <br> (818) 788-9500 | |

ATTORNEY(S) FOR:  Paul Kiesel and Kiesel Law, LLP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Other Similarly Situated <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF LOS ANGELES, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:19-cv-06661-VAP (PLA) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendants Paul Kiesel and Kiesel Law, LLP_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Paul Kiesel | Defendant Herein |
| Kiesel Law, LLP | Defendant Herein |

| | |
|---|---|
| January 7, 2020 | /s/Vikram Sohal |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants Paul Kiesel and Kiesel Law, LLP

CV-30 (05/13)      **NOTICE OF INTERESTED PARTIES**