Leela Kapur (SBN 125548)
   leela.kapur@lacity.org
Kathleen A. Kenealy (SBN 212289)
   kathleen.kenealy@lacity.org
Joseph A. Brajevich (SBN 156144)
   joseph.brajevich@ladwp.com
LOS ANGELES CITY ATTORNEY'S OFFICE
200 Main Street, 800 City Hall East
Los Angeles, California 90012
Telephone: (213) 978-8100
Facsimile: (213) 978-8312

BROWNE GEORGE ROSS LLP
Eric M. George (SBN 166403)
   egeorge@bgrfirm.com
Maribeth Annaguey (SBN 228431)
   mannaguey@bgrfirm.com
Kim S. Zeldin (SBN 135780)
   kzeldin@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendants
City of Los Angeles and Michael N. Feuer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; et al.,<br><br>       Defendants. | Case No. 2:19-cv-06661-VAP (JCx)<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Virginia A. Phillips<br>Courtroom: 8A<br>Trial Date: None Set<br><br>FAC Filed: Oct. 17, 2019<br><br>Hearing Date On Motion to Dismiss: February 3, 2020<br><br>Current Reply Brief Deadline: January 17, 2020<br><br>Requested Reply Brief Deadline: January 21, 2020 |

1397300.1

Case No. 2:19-cv-06661-VAP (JCx)

STIPULATION TO EXTEND TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

Plaintiff Dennis Bradshaw ("Plaintiff") and Defendants City of Los Angeles and Michael N. Feuer, James Clark, and Thomas Peters (collectively, the "City Defendants") (Plaintiff and the City Defendants are collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Class Action Complaint in the above-captioned action on July 31, 2019 (Dkt. No. 1);

WHEREAS, Plaintiff filed the First Amended Class Action Complaint ("FAC") on October 17, 2019 (Dkt. No. 48);

WHEREAS, the City Defendants each filed motions to dismiss the FAC on January 6, 2020 (Dkt. Nos. 79, 81, 83);

WHEREAS, Plaintiffs' Opposition to the Motions to Dismiss are due on January 13, 2020;

WHEREAS, pursuant to Local Rule 7-10, which provides that reply briefs are due, "not later than fourteen (14) days before the date designated for the hearing of the motion," the City Defendants' reply briefs in supporting their Motions to Dismiss would be due on January 17, 2020 because of the Birthday of Martin Luther King, Jr. Court holiday.

WHEREAS, because of the Court holiday, the City Defendants would only have four days to draft the reply briefs, the Parties agree and jointly request that the City Defendants shall have one additional court day -- until January 21, 2020 -- to file their respective reply briefs in support of their motions to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to this Court's approval, that:

1. The City Defendants shall have until January 21, 2020 to file their respective reply briefs in support of their Motions to Dismiss the First Amended Complaint.

//
//

**IT IS SO STIPULATED.**

DATED:  January 8, 2020          THE X-LAW GROUP, P.C.
                                     Filippo Marchino
                                     Damon Rogers
                                     Thomas E. Gray

                                 By:  ___/s/ Filippo Marchino___
                                         Filippo Marchino
                                 Attorneys for Dennis Bradshaw

DATED:  January 8, 2020          BROWNE GEORGE ROSS LLP
                                     Eric M. George
                                     Maribeth Annaguey
                                     Kim S. Zeldin

                                 By:  ___/s/ Kim S. Zeldin___
                                         Kim S. Zeldin
                                 Attorneys for City of Los Angeles and Michael N. Feuer

DATED:  January 8, 2020          Robie & Matthai
                                 A Professional Corporation
                                     Edith R. Matthai
                                     T. John Fitzgibbons

                                 By:  ___/s/ T. John Fitzgibbons___
                                         T. John Fitzgibbons
                                 Attorneys for Thomas Peters

DATED:  January 8, 2020          Squire Patton Boggs (US) LLP
                                     Adam R. Fox
                                     Marisol C. Mork

                                 By:  ___/s/Adam R. Fox___
                                         Adam R. Fox
                                 Attorneys for James Clark

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Kim S. Zeldin, am the ECF User whose identification and password are being used to file this stipulation.  Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  January 8, 2020        By:    */s/ Kim S. Zeldin*
                                      Kim S. Zeldin