UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES — GENERAL

| | |
|---|---|
| Case No. 2:19-cv-06661-VAP-JCx | Date January 28, 2020 |
| Title *Dennis Bradshaw v. City of Los Angeles et. al.* | |

Present: The Honorable **VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE**

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  MINUTE ORDER CONTINUING HEARING AND ORDERING STATUS REPORT (IN CHAMBERS)

Before the Court are eight motions to dismiss and/or strike [Dkt. Nos. 68, 71, 79, 81, 83, 85, 88, 90] and two motions to stay [Dkt. Nos. 71, 77]. Mindful of the Court's inherent authority to stay proceedings when judicial economy and other compelling factors so require, the Court believes that additional authority and analysis concerning the exercise of such inherent authority in this action is appropriate. Plaintiffs, and any defendant opposing a stay of this action, are invited to file supplemental briefs not to exceed fifteen pages concerning the propriety of a stay pursuant to this Court's inherent authority within fourteen days of this Order. Defendants may file a response brief not to exceed ten pages within twenty-eight days of this Order. Any such response shall be limited to arguments already raised in supplemental briefing by a party opposing a stay of this action.

Accordingly, the Court continues the February 3, 2020 hearing to March 16, 2020 at 2:00 P.M.

Furthermore, the parties are ORDERED to file a joint status report on or before February 28, 2020 detailing developments in the underlying state court action and new information related to that action that is relevant to this Court's potential imposition of a stay.

**IT IS SO ORDERED.**