# EXHIBIT 16

EXHIBIT 16                                    Page 642

E-SERVICE
64429889
Nov 14 2019
11:13AM
File & ServeXpress

1  Edward M. Robbins, Jr., Esq., State Bar No. 82696
   HOCHMAN SALKIN TOSCHER PEREZ, P.C.
2  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90212-3414
3  Telephone:    (310) 281-3247
   Facsimile:     (310) 859-5129
4  E-mail:         EdR@taxlitigator.com

5  Court-Appointed Special Master

6

7               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
                **FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT**
8                          **UNLIMITED JURISDICTION**

9  ANTWON JONES,                          | **Lead Case No.: BC577267 [Related Cases**
                                          | **Nos. BC536272, BC565618, BC568722,**
10              Plaintiff,                 | **BC571664, BC594049, BC574690]**

11    v.

12  CITY OF LOS ANGELES,                  | **SPECIAL MASTER'S FIRST INTERIM**
                                          | **REPORT OF INVESTIGATION**
13              Defendant.                 | **(150 DAYS POST-APPOINTMENT)**

14  ──────────────────────────────

15  AND RELATED CASES

16                                         **Dept.: 6**
                                           **Judge: Honorable Elihu M. Berle**
17                                         U. S. Courthouse
                                           Courtroom 3
18                                         312 N. Spring Street
                                           Los Angeles, CA 90012
19

        On June 17, 2019, the Honorable Elihu M. Berle, Los Angeles Superior Court, appointed
20
the undersigned counsel, Edward M. Robbins, Jr., as a Special Master in the case and action of
21
*Jones v. City of Los Angeles* and the related cases: *Kimhi v. City of Los Angeles* (Case No.
22
BC536272); *Bransford v City of Los Angeles* (Case No. BC565618); *Morski v. Dept. of Water &*
23
*Power* (Case No. BC568722); *Fontaine v. City of Los Angeles Department of Water and Power*
24
(Case No. BC571664); *City of Los Angeles v. PwC* (Case No. BC574690); *Antwon Jones v. City*
25
*of Los Angeles* (Case No. BC577267), and *Macias v. Dept. of Water & Power* (Case No.
26
BC594049), collectively "*Related Cases*".  A copy of the Court's Order is attached as **Exhibit 1**.
27

28

                **SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION**
                            **(150 DAYS POST-APPOINTMENT)**
                                          1

EXHIBIT 16                 Page 643

*(vertical text, left margin:)* HOCHMAN SALKIN TOSCHER PEREZ P.C.

HOCHMAN SALKIN TOSCHER PEREZ P.C.

1   The Court tasked the Special Master, *inter alia*, to investigate and audit all financial

2   matters relating to payments by the City of Los Angeles in connection with the settlement of the

3   *Jones* action, its remediation of the LADWP billing system, all payments to special counsel Paul

4   Kiesel and Paul Paradis, all payments to every entity in which Paul Paradis or Jack Landskroner

5   have an interest, and all other payments made in connection with the *Jones* action and all *Related*

6   *Cases* (the "Financial Investigation") and to investigate impropriety, fraud, collusion, unethical

7   conduct, Rules of Professional Conduct violations, and fraud on the Court in connection with the

8   *Related Cases* (the "Fraud and Ethics Investigation").  In response to this Order, the Special

9   Master assembled a team including four former federal prosecutors with a combined 130 years of

10  litigation experience among them, as well as the assistance of a nationally reputed forensic

11  investigating firm.

12      Under the Order, the Special Master must proceed with all reasonable diligence and keep

13  the Court apprised of progress and anticipated timeline towards completion of the duties and

14  responsibilities of the appointment. The Order requires the Special Master to file with the Court

15  an initial interim report within 90 days and periodic reports thereafter until the assignment is

16  completed.  On September 19, 2019, the Court granted the Special Master's request to continue

17  the due date for the initial interim report to be filed for an additional 120 days.

18      The Special Master submits this initial interim report, which describes the actions taken

19  in this investigation and the anticipated next steps and a timeline toward completion of the tasks

20  directed by the Order.

21      *Preliminary Conclusions of the Special Master*

22      We have preliminarily concluded that the evidence reviewed to date tentatively supports

23  the following:

24  ///

- some lawyers involved in the *Related Cases* committed ethical violations;

- some lawyers committed fraud, by omission and commission, on the Court; and

- some payments made by the City of Los Angeles in connection with, and as a result of the *Jones* settlement, were induced by fraud.

The investigation is continuing and is expected to reveal additional facts relevant to these above matters, before we reach any final conclusions.

The main part of the Financial Investigation has stalled due to an inability, to date, to get the bank records to determine "downstream" recipients of the approximately $11,755,087 in attorneys' fees paid under the *Jones* settlement to the law firm of Landskroner Grieco Merriman, LLC ("LGM"); the partners of LGM, Jack Landskroner, Paul Grieco and Tom Merriman; the Law Offices of Michael J. Libman; and Michael J. Libman individually, and bank records reflecting the further disbursement of funds related to the payments made by the City to Aventador, Ardent and Paul Paradis and the Paradis Law Group. As a result, the Financial Investigation has insufficient information to determine, even on a preliminary basis, whether there were bribes, kickbacks, or "under the table" types of improper or illegal payments between and among the persons involved in the *Related Cases*. However, our team is exploring legal options to obtain the necessary downstream bank records.

*Mechanics of the Investigation*

1. We have interacted with and obtained significant information from New Class Counsel who has been very cooperative with us.

2. We have interacted with and obtained information from Ellen A. Pansky, the ethics investigator hired by the City of Los Angeles, who has been very cooperative with us.

3. We have interacted with and obtained significant information from the City of Los Angeles and the City Attorney's Office, both of whom have been cooperative with us.

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION
(150 DAYS POST-APPOINTMENT)**

EXHIBIT 16
3

Page 645

HOCHMAN SALKIN TOSCHER PEREZ P.C.

4.  We have arranged with the City of Los Angeles to interview a select group of their employees involved in the *Related Cases*.

5.  We have obtained and examined transcripts of 75 hearings in the *Related Cases*.

6.  We have obtained and examined 36 volumes of deposition transcripts, with exhibits, involving depositions taken in the *Related Cases*.

7.  We have examined over 1,000 documents obtained from the court filings in the *Related Cases*.

8.  We have obtained and examined the City's records of disbursements in the *Jones* settlement.

9.  We have obtained and examined relevant <u>Minutes of Meetings of the Board of Water and Power Commissioners of the City of Los Angeles.</u>

10. We have informally interviewed, and continue to interview, witnesses directly involved in the *Related Cases*.

11. We have informally interviewed, and continue to interview, witnesses with information relevant to the backgrounds and relevant professional experience and relationships of individuals as directed by the Court's Order.

12. We have received a formal written attorney proffer from a significant witness involved in the *Related Cases*.

13. We have served subpoenas on witnesses who previously have refused to cooperate in an informal interview.

14. We are continuing to collect and review documents relating to our investigation on a weekly, if not a daily, basis.

15. We have participated in, and continue to participate in, numerous conference calls as well as face-to-face meetings with counsel for the parties involved in the *Related*

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION (150 DAYS POST-APPOINTMENT)**

EXHIBIT 16
4
Page 646

*Cases.*

16. We have created an OCR-searchable database including all the documents collected. We have also received the assistance of a forensic investigating firm to assist with the analysis of such documentation.

17. We have, in large part with the assistance of the forensic investigating firm, obtained and reviewed other public records relating to key individuals, lawyers, and parties, identified as relevant to our investigation.

*State of the Investigations*

The Fraud and Ethics Investigation is proceeding apace. We anticipate soon putting together a comprehensive report with point citations to the mass of data underlying our recommendations and conclusions. The Financial Investigation is still incomplete, largely due to the delay resulting from the assertion of the Fifth Amendment by the relevant witnesses, Mr. Landskroner's steadfast refusal to produce a court ordered accounting and the logistical problems serving out of State banks for third party bank records. It is critical that we obtain bank and other financial records of the recipients of the approximately $11,755,087 in attorneys' fees paid to LGM and Mr. Landskroner to fully trace the disbursement of those funds to the ultimate recipients. Similarly, the bank records and other financial records related to the payments made by the City to Aventador, Ardent, and Paul Paradis and the Paradis Law Group are of utmost importance to completing our work. Absent cooperation from the parties, we have been, and will continue, attempting to create a workaround plan to get those records.

///

///

///

///

HOCHMAN SALKIN TOSCHER PEREZ P.C.

1        The Special Master will file another report in 90 days (on or before February 12, 2020).

2

3   Date:   November 14, 2019          Respectfully submitted,

4

5                       EDWARD M. ROBBINS, JR.

6                       Special Master

7

8   6712830_1

HOCHMAN SALKIN TOSCHER PEREZ P.C.

**Exhibit 1**

EXHIBIT 16                              Page 649

1   Edward M. Robbins, Jr., Esq., State Bar No. 82696
    Hochman Salkin Toscher Perez, P.C.
2   9150 Wilshire Boulevard, Suite 300
    Beverly Hills, California 90212-3414
3   Telephone:    (310) 281-3247
    Facsimile:    (310) 859-5129
4   E-mail:    EdR@taxlitigator.com

5   Attorney for Defendant
    Department of Water and Power

6

7

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 1 7 2019

Sherri R. Carter, Executive Officer/Clerk
By: Pedro Martinez, Deputy

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA
9        FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT
                    UNLIMITED JURISDICTION

10  ANTWON JONES,                    | Case No.: BC577267
                                     | Case No.: BC574690
11                 Plaintiff,        | Case No.: BC594049

12      v.                           | [PROPOSED] ORDER RE:
                                     | APPOINTMENT OF SPECIAL MASTER
13  CITY OF LOS ANGELES,

14                 Defendant.        | Dept: SSC6

15  _____

16  CITY OF LOS ANGELES,

17                 Plaintiff,
        v.
18
    PRICEWATERHOUSE COOPERS, LLP.
19
                   Defendant.
20  _____
    MACIAS, et al.,
21
                   Plaintiffs,
22
        v.
23
    LOS ANGELES DEPARTMENT OF WATER
24  AND POWER,

25                 Defendant.

26

27

28

         [PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER
                                1

EXHIBIT 16                                    Page 650

HOCHMAN SALKIN TOSCHER PEREZ P.C.

1    After consideration of the submissions and arguments of the parties and under the Court's

2    June 3, 2019 findings that a Special Master is appropriate and shall be appointed to assist the

3    Court in determining the full extent of any violations surrounding the case and action of *Jones v.*

4    *City of Los Angeles* and the related cases: *Kimhi v. City of Los Angeles* (Case No. BC536272);

5    *Bransford v City of Los Angeles* (Case No. BC565618); *Morski v. Dept. of Water & Power* (Case

6    No. BC568722); *Fontaine v. City of Los Angeles Department of Water and Power* (Case No.

7    BC571664); *City of Los Angeles v. PwC* (Case No. BC574690); *Antwan Jones v. City of Los*

8    *Angeles* (Case No. BC577267), and *Macias v. Dept. of Water & Power* (Case No. BC594049),

9    collectively "*Related Cases*", the Court ORDERS:

10    The Court appoints Edward M. Robbins, Jr., a principal of the law firm of Hochman

11    Salkin Toscher Perez P.C., to serve as Special Master to assist the Court in the matter of the

12    *Related Cases*. The parties in the *Related Cases* shall add the Special Master to their service

13    lists.

14    As further ordered, the Special Master shall possess the full authority as set forth herein

15    to perform the duties and responsibilities in this order.

16    **I.    DUTIES OF THE SPECIAL MASTER**

17    A.  <u>INVESTIGATE AND AUDIT FINANCIAL MATTERS</u>

18    The Special Master shall investigate and audit all financial matters relating to payments

19    by the City of Los Angeles in connection with the settlement of the *Jones v. City of Los Angeles*

20    action ("Settlement Agreement"), the remediation of the DWP billing system ("Remediation"),

21    all payments to special counsel Paul Kiesel, all payments to special counsel Paul Paradis, all

22    payments to every entity in which Paul Paradis or Jack Landskroner have an interest, all other

23    payments made in connection with the *Related Cases*, including all payments made to Aventador

24    Utility Solutions and/or Ardent Cyber Solutions and Bender Consultant.

25    The Special Master shall conduct a complete financial audit about any financial

26    arrangements, fee sharing agreements, referral fees, payments or disbursements regarding the

27    *Related Cases* and any related litigation. Such financial audit shall include, but not be limited to,

28

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER
2

EXHIBIT 16                                          Page 651

accountings of Mr. Landskroner, Michael Libman, Mr. Paradis, Gina Tufaro, Mr. Kiesel, any attorneys retained by the City of Los Angeles, any attorneys retained by the Los Angeles Department of Water and Power and any entities in which any of the foregoing individuals have an interest.

The Special Master's financial audit shall identify each payment made and the basis for the justification for the payment and the disposition of funds paid to Mr. Landskroner and Mr. Libman, including tracing the funds they received to the ultimate payee.

The Special Master's audit will include the disposition of funds paid to any entity receiving money from the City of Los Angeles in connection with the *Related Cases*, settlement, mediation or remediation, including the remediation consultants.

Among other things, the Special Master's financial audit shall include:

1. Details of all amounts paid by the City of Los Angeles regarding the Settlement Agreement for attorney's fees, costs, remediation or any other expenses, including payments to any attorney representing Antwon Jones, not only Mr. Landskroner and Mr. Libman and their law firms, but also other attorneys alleged to represent Mr. Jones, such as Mr. Paradis, Ms. Tufaro, and Mr. Kiesel and their law firms.

2. For all payments greater than $1,000 identified in paragraph 1, above, subsequent disbursements or transfers made by recipients of these payments to another (the "transferee"). Subsequent disbursements or transfers made by the transferee to an additional transferee.

3. All billings and invoices submitted for payment in the *Related Cases* and all claims made by for services in connection with the *Related Cases* other than claims made by ratepayers.

4. All payments made by Mr. Landskroner or his law firm to Aventador Utilities Solutions and any successor entity.

5. All payments associated with the remediation of the DWP billing system.

6. All time records, bills and invoices for work performed that were submitted by Mr.

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

3

EXHIBIT 16                              Page 652

1. Landskroner and Mr. Libman and their law firms to the City of Los Angeles for payment.

7. All time records, bills and invoices of Mr. Landskroner and Mr. Libman and their law firms for work performed by them in connection with *Jones v. City of Los Angeles.*

8. All time records, bills and invoices for the mediation work in connection with the *Related Cases.*

9. All time records, bills and invoices for work performed by Bender Consultant.

10. All contracts entered into by the City of Los Angeles in connection with the Settlement Agreement, which shall cover all payments made in connection with *Jones v. City of Los Angeles.*

B. INVESTIGATE AND AUDIT RELATIONSHIPS

The Special Master must determine the existence of relationships that preexisted the filing of the *Related Cases* as between and among counsel representing the City of Los Angeles and counsel of record in *Related Cases,* including any individual relationships that pre-existed their work for the City of Los Angeles, such as Thomas Peters who was a partner of Paul Kiesel's before joining the City of Los Angeles; and determine the extent and conditions under which those preexisting relationships led to the naming of counsel in the *Jones v. City of Los Angeles;* including relationships between:

1. The City of Los Angeles and Paul Paradis and his law firm

2. The City of Los Angeles and Paul Kiesel and his law firm

3. The City of Los Angeles and Antwon Jones

4. Antwon Jones and Paul Paradis and his law firm

5. Antwon Jones and Paul Kiesel and his law firm

6. The City of Los Angles and Jack Landskroner and his law firm

7. Antwon Jones and Jack Lansdkroner and his law firm

8. The City of Los Angeles and Michael Libman and his law firm

9. Antwon Jones and Michael Libman and his law firm

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER
4

EXHIBIT 16                    Page 653

10. Michael Libman and his law firm and Paul Kiesel and his law firm

11. Michael Libman and his law firm and Jack Landskroner and his law firm

12. Paul Paradis and his law firm and Jack Landskroner and his law firm

The Special Master's audit shall also include any arrangements, including any consideration paid, between and among the City of Los Angeles, Counsel for the City of Los Angeles and any other counsel in connection with the *Related Cases*, whether those arrangements have been disclosed or not disclosed.

C.  GENESIS OF THE RELATED CASES

The Special Master must investigate the facts and circumstances surrounding the representation of Mr. Jones, the ethical duties owed to Mr. Jones and by whom, the knowledge or lack of knowledge by the City of Los Angeles regarding Mr. Jones's representation by counsel.

The Special Master must determine how Mr. Landskroner and Mr. Libman became counsel for Mr. Jones in the class action cases.

The Special Master must determine the facts and circumstances surrounding the preparation of the *Jones v. Pricewaterhouse* draft complaint and any version or other drafts of such complaint.

The Special Master must determine the facts about knowledge and/or participation by the City of Los Angeles or anyone representing the City of Los Angeles regarding:

(a) the genesis of the *Jones v. City of Los Angeles* litigation,

(b) the genesis of the settlement demand in *Jones v. City of Los Angeles* contained in the letter of April 2, 2015,

(c) the circumstances surrounding the settlement of *Jones v. City of Los Angeles* litigation,

(d) the participation in the settlement of the class action, and

(e) the participation in the mediation of the *Jones v. City of Los Angeles* case.

The Special Master must ascertain the facts and circumstances regarding the **terms** contained in the proposed settlement agreement in the *Jones v. City of Los Angeles* case and must

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

5

EXHIBIT 16                                                                      Page 654

1   determine what terms were negotiated as to (i) be included in the settlement agreement and (ii)

2   not to be included in the settlement agreement by the participants in the negotiations, specifically

3   as to the various attorneys and who they represented.

4       The Special Master shall have the responsibility and duties to determine whether written

5   submissions or oral presentations made by counsel in the *Related Cases* to support the settlement

6   complied with ethical duties and responsibilities, specifically, whether there was any unethical

7   conduct.

8       The Special Master shall investigate whether there was collusion in connection with the

9   litigation in the *Related Cases* and whether there were misrepresentations to the Court regarding

10  the litigation.  The Special Master will have the responsibility of investigating whether there was

11  any collusion by any party or counsel in a cover up of conduct related to the litigation, whether

12  there was a fraud on the court by any party or counsel in connection with a cover up related to

13  the litigation, whether fraud was committed on any party or any counsel for any party in the

14  related actions during an alleged cover up or collusion or conduct that occurred in the *Jones v.*

15  *City of Los Angeles* case.

16      The Special Master shall investigate and determine if there were misrepresentations and

17  if so, what were the misrepresentations, when they were made, who made those

18  misrepresentations and what were the actual facts known by the parties making those

19  misrepresentations.

20      The Special Master may, upon application to and approval of the Court, expand his area

21  of inquiry of discoverable information and documents to determine whether fraud on the Court

22  occurred.

23      The Special Master will make findings about any impropriety, fraud, collusion, unethical

24  conduct, violations of the rules of professional conduct or any fraud upon the Court as part of the

25  class action and all related cases.

26      D.  PRIVILEGE ISSUES

27      The Special Master may seek information for matters which a party contends is

28

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

6

EXHIBIT 16                                                    Page 655

1   privileged. However, the Special Master does not have power to make a final decision as to any

2   privilege.

3        The parties may enter into arrangements regarding the disclosure of privileged

4   information to the Special Master conditioned on the information being kept confidential. Such

5   disclosure will not constitute a waiver.

6        When the Special Master is given access to claimed privileged information, the

7   information claimed to be privileged shall be identified on a privilege log. The Special Master

8   could then make an independent determination on whether or not privilege should apply or could

9   apply to that item. Once privileged information is inquired into and once the privilege log is

10  prepared, the issue may be presented to the Court for a final determination of the privilege issue

11  if there is a disagreement.

12       E. RESPONSIBILITIES WITH RESPECT TO THE CLASS ACTION SETTLEMENT

13  AGREEMENT

14       The Special Master does not have the responsibility and shall make no determinations on

15  whether the terms of the Settlement Agreement in the class action are fair, reasonable and

16  adequate and shall not impede class counsel's ability to investigate whether the terms of the

17  operative Settlement Agreement are fair, reasonable and adequate. This investigation of the

18  Settlement Agreement is the responsibility of the Class Counsel to investigate and advise the

19  Court.

20       The Special Master will coordinate and work with the newly appointed Class Counsel if

21  the Special Master's investigation crosses over into new Class Counsel's responsibility to

22  investigate the operative Settlement Agreement.

23       The Court orders the cooperation of all parties and attorneys with the Special Master's

24  investigation, including cooperation by the City Attorney's office, the Los Angeles Department

25  of Water and Power, counsel for the City of Los Angeles, Antwon Jones, John Landskroner and

26  Landskroner Grieco Merriman, LLC, Michael Libman and Law Offices of Michael Libman

27  APC, Paul Paradis and Paradis Law Group, PLLC, Gina Tufaro and her law firm, Paul Kiesel

28

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER
7

EXHIBIT 16                                                    Page 656

and Kiesel Law, LLP, counsel for Pricewaterhouse, the new Class Counsel, and all individuals, including individuals who may not currently be working for the City of Los Angeles or the Los Angeles Department of Water and Power but previously had employment or an engagement with the City of Los Angeles or the Department of Water and Power and also includes any attorneys representing any of those individuals or entities.

F.   OVERSIGHT BY THE COURT

Upon consultation and application to the Court, the Court may order the Special Master to expand the inquiry beyond the objectives in this Order, as may be necessary or appropriate. The Special Master shall perform additional duties regarding this case as the Court may direct.

The Special Master's term of service will conclude when the Court is satisfied that all parties and counsel have fully complied with all court orders and the Special Master's services are no longer needed.

The Special Master will be accountable only to the Court and will not be supervised by any party or any counsel in the class action case or any of the related cases.

The Special Master will be independent from all plaintiffs, all defendants and all counsel. In his work, the Special Master and any lawyers or consultants hired by the Special Master, may consult with any party or their counsel. Counsel is permitted, but not required, to be present for meetings with any party they represent.

G. SPECIAL MASTER'S AUTHORITY, POWERS AND RESPONSIBILITIES

The Special Master has the authority, power and responsibility to:

1.   Communicate, *ex parte*, with parties and the attorneys to facilitate and schedule matters, to make informal suggestions to the parties to facilitate compliance with Orders of the Court; to obtain background information, documents, copies of transcripts of depositions and hearings, court filings, and as necessary to permit the full and efficient performance of the Special Master's duties.

2.   Issue subpoenas for the production of documents or taking of testimony on the record and to take depositions.

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

8

EXHIBIT 16                                                    Page 657

3.     Inspect and copy files, documents, communications, and electronic data of any party or counsel for any party as necessary to complete the objectives of the inquiry.

4.     Maintain orderly files comprising all documents submitted to the Special Master by the parties and of any of his written orders, findings, and/or recommendations. The files of the Special Master will be confidential in this and any other proceeding subject to further Court Order on that issue.

5.     Negotiate and enter protective orders as needed to preserve privileged and confidential information.

6.     Retain the services of experts, consultants, or advisors for specialized tasks, such as accounting, data processing or computer analysis.

7.     Obtain the services of lawyers and legal support staff within the law firm of Hochman Salkin Toscher Perez P.C. to assist him in performing his tasks as Special Master in this proceeding.

## II.    FEES AND EXPENSES

The Special Master, and the experts, consultants, advisors, lawyers and legal support staff whose services he has retained to assist him in performing his duties and responsibilities in this proceeding as noted above, will be entitled to compensation at their usual customary rate and shall be entitled to reimbursement for reasonable expenses. These fees and costs shall be borne by the City of Los Angeles.

The Special Master shall submit periodic itemized statements of fees and expenses to the Court no later than every 90 days.

## III.    REPORTS AND RECOMMENDATIONS

The Special Master shall proceed with all reasonable diligence and keep the Court apprised of progress and anticipated timeline towards completion of the duties and responsibilities of the appointment. The Court orders the Special Master to file with the Court an initial interim report within 90 days and periodic reports thereafter until the assignment is

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER
9

EXHIBIT 16      Page 658

1  completed.

2      Any party may object to any order or report of the Special Master by filing the objection

3  with the Court within seven days of the issuance of the order or report.  Any response to such

4  objection must be filed within seven days of the objection.  Thereafter, the Court will determine

5  whether any parties' objection is appropriate to cause review of the Special Master's report or

6  make a de novo determination that further investigation is necessary and determine whether the

7  objection shall be sustained or denied.

8      Upon conclusion of the Special Master's investigation and assignment, the Special

9  Master shall make recommendations to the Court about the class action litigation and conduct of

10  counsel. This final report which contains the findings and recommendations of the Special

11  Master shall, upon notice of such filing, be filed under seal and *in camera*. The Court shall at its

12  discretion provide to the parties any findings and recommendations of the Special Master.

13      The Court will maintain the confidentiality of any protected material unless prior notice

14  and opportunity to object has been provided to the affected party.

15  IT IS SO ORDERED.

16  Dated:  __6/17/19__          **ELIHU M. BERLE**

17                                    HON. ELIHU M. BERLE

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER RE: APPOINTMENT OF SPECIAL MASTER

10

EXHIBIT 16          Page 659

## PROOF OF SERVICE

*Antwon Jones v City of Los Angeles, et al.*
**LASC, Central Judicial District, Complex - Case No. BC577267**
**[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On June 10, 2019, I served the foregoing document described as **[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER** on the interested parties in this action as follows:

### SEE THE ATTACHED SERVICE LIST

   X      **(BY ELECTRONIC MAIL)** I electronically served the document(s) described above, via FileAndServeXpress, on the recipients designed on the Transaction Receipt located on the FileAndServeXpress website (https://secure.fileandserveexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

   X      **(BY U.S. MAIL)** I caused such envelope(s) to be addressed as indicated above and deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Nasir Khan                                    Defendant and Cross-Defendant *Pro Se*
7288 Woodrow Wilson Drive          (Case No. BC574690)
Hollywood, CA 90068
Email: nasirkhanali@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2019, at Beverly Hills, California.

                                         /s/ Jessica Crenshaw
                                         Jessica Crenshaw

1

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

EXHIBIT 16                                          Page 660

HOCHMAN SALKIN TOSCHER PEREZ P.C.



1

2            <u>**SERVICE LIST**</u>

3              *Antwon Jones v City of Los Angeles, et al.*
          **LASC, Central Judicial District, Complex - Case No. BC577267**
4    **[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]**

5

6    Jeffrey B. Isaacs                          Attorneys for Plaintiff:
     Paige Shen                                 Antwon Jones (Case No. BC577267)
7    Isaacs Friedberg LLP
     555 S. Flower Street, Suite 4250
8    Los Angeles, CA 90071
     Tel:    (213) 929-5550
9    Fax:    (213) 955-5794
     Email: jisaacs@ifcounsel.com
10           pshen@ifcounsel.com

11   Brian S. Kabateck                          Attorneys for Class
     Anastasia K. Mazzella                      (Case No. BC 577267)
12   Brian Hong
     Kabateck LLP
13   633 West Fifth Street, Suite 3200
     Los Angeles, CA 90071
14   Tel: (213) 217-5000
     Fax: (213) 217-5010
15   Email: bsk@kbklawyers.com
             am@kbklawyers.com
16           bvh@kbklawyers.com

17   Michael N. Feuer                           Attorneys for Defendant
     Joseph A. Brajevich                        City of Los Angeles (Case No. BC577267)
18   Eskel H. Solomon
     Los Angeles City Attorney's Office         Attorneys for Defendant
19   221 N. Figueroa Street, Suite 1000         City of Los Angeles (Case No. BC536272)
     Los Angeles, CA 90012
20   Tel: (213) 367-4580                        Attorneys for Defendant
     Fax:                                       City of Los Angeles (Case No. BC571664)
21   Email: mike.feuer@lacity.org
             joseph.brajevich@ladwp.com         Attorneys for Defendant
22           eskel.solomon@ladwp.com            Los Angeles Department of Water and Power
                                                (Case No. BC568722)
23
                                                Attorneys for Defendant
24                                              Los Angeles Department of Water and Power
                                                (Case No. BC594049)
25

26

27

28

                                  2
─────────────────────────────────────────────
          [PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

*(vertical left margin text)* HOCHMAN SALKIN TOSCHER PEREZ P.C.

EXHIBIT 16                                        Page 661

| | | |
|---|---|---|
| 1 | Eric George<br>Maribeth Annaguey<br>Brown George Ross LLP | Attorneys for Defendant<br>City of Los Angeles (Case No. BC577267) |
| 2 | | Attorneys for Defendant |
| 3 | 2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90027 | City of Los Angeles (Case No. BC536272) |
| 4 | Tel:    (310) 274-7100<br>Fax:    (310) 275-5697 | Attorneys for Defendant<br>City of Los Angeles (Case No. BC571664) |
| 5 | | Attorneys for Defendant |
| 6 | | Los Angeles Department of Water and Power<br>(Case No. BC568722) |
| 7 | | Attorneys for Defendant |
| 8 | | Los Angeles Department of Water and Power<br>(Case No. BC594049) |
| 9 | | |
| 10 | Daniel J. Thomasch (Pro Hac Vice)<br>Lauren J. Elliot (Pro Hac Vice) | Attorneys for Defendant and<br>Cross-Complainant: |
| 11 | Gibson, Dunn & Crutcher LLP<br>200 Park Avenue | PricewaterhouseCoopers LLP; and<br>Defendant; James M. Curtin |
| 12 | New York, NY 10166<br>Tel:    (212) 351-4000 | (Case No. BC574690) |
| 13 | Fax:    (212) 351-4035<br>Email: ddthomasch@gibsondunn.com | |
| 14 | lelliot@gibsondunn.com | |
| 15 | | |
| 16 | Maurice Suh<br>James Santiago | Attorneys for Defendant and<br>Cross-Complainant: |
| 17 | Casey McCracken<br>Gibson, Dunn & Crutcher LLP | PricewaterhouseCoopers LLP; and<br>Defendant; James M. Curtin |
| 18 | 333 S. Grand Avenue<br>Los Angeles, CA 90071 | (Case No. BC574690) |
| 19 | Tel:    (213) 229-7000<br>Fax:    (213) 299-7520 | |
| 20 | Email: msuh@gibsondunn.com<br>jsantiago@gibsondunn.com | |
| 21 | cmccracken@gibsondunn.com | |
| 22 | Margaret L. Carter<br>J. Jorge Deneve | Attorneys for Defendant:<br>Treavor LaRoque |
| 23 | O'Melveny & Myers LLP<br>400 S. Hope Street, 18th Floor | (Case No. BC 574690) |
| 24 | Los Angeles, CA 90071<br>Tel:    (213) 430-6000 | |
| 25 | Fax:    (213) 430-6407<br>Email: mcarter@omm.com | |
| 26 | jdeneve@omm.com | |
| 27 | | |
| 28 | | |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

3

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

EXHIBIT 16                                                                    Page 662

| | | |
|---|---|---|
| 1 | Charles R. Jaeger | Attorneys for Defendants: |
| | David Goldstein | Paul Butler and David Garcia |
| 2 | Farmer Brownstein Jaeger LLP | (Case No. BC574690) |
| | 235 Montgomery St., Suite 835 | |
| 3 | San Francisco, CA 94104 | |
| | Tel:    (415) 962-2879 | |
| 4 | Fax:    (415) 520-5678 | |
| | Email: cjaeger@fbi-law.com | |
| 5 | duoldstein@fbi-law.com | |
| 6 | Jeffrey L. Steinfeld | Attorneys for Non-Parties: |
| | Scheper, Kim & Harris LLP | Paul O. Paradis; Paradis Law Group, LLC; |
| 7 | 601 W. Fifth Street, 12th Floor | and Aventador Utility Solutions, LLC |
| | Los Angeles, CA 90071 | (Case No. BC574690) |
| 8 | Tel:    (213) 613-4655 | |
| | Fax:    (213) 613-4556 | |
| 9 | Email: jsteinfeld@scheperkim.com | |
| 10 | Grant B. Gelberg | Attorneys for Non-Party: |
| | Huang Ybarra Gelberg & May LLP | Gina Tufaro |
| 11 | 550 S. Hope Street, Suite 1850 | (Case No. BC574690) |
| | Los Angeles, CA 90072 | |
| 12 | Tel:    (213) 884-4900 | |
| | Fax:    (213) 884-4910 | |
| 13 | Email: Grant.Gelberg@hygmlaw.com | |
| 14 | Alan Himmelfarb | Attorneys for Plaintiffs: |
| | Law Offices of Alan Himmelfarb | Debra Macias, et al., |
| 15 | 80 W. Sierra Madre Blvd., Suite 304 | (Case No. BC594049) |
| | Sierra Madre, CA 91024 | |
| 16 | Tel:    (626) 325-3104 | Attorneys for Plaintiff: |
| | Fax:    (626) 325-3104 | Daniel Morski |
| 17 | Email: consumerlaw1@earthlink.net | (Case No. BC568722) |
| 18 | David C. Parisi | Attorneys for Plaintiffs: Debra Macias, et al. |
| | Suzanne Havens Beckman | (Case No. BC594049) |
| 19 | Parisi & Havens LLP | |
| | 212 Marine St., Suite 100 | Attorneys for Plaintiff: Daniel Morski |
| 20 | Santa Monica, CA 90405 | (Case No. BC568722) |
| | Tel: (818) 990-1299 | |
| 21 | Fax: (818) 501-7852 | |
| | Email: dcparisi@parisihavens.com | |
| 22 | | |
| | Sheri Manning | Attorneys for Plaintiffs: Debra Macias, et al. |
| 23 | Gary Luckenbacher | (Case No. BC594049) |
| | Manning, Manning & Luckenbacher | |
| 24 | 20750 Ventura Blvd., Suite 203 | Attorneys for Plaintiff: Daniel Morski |
| | Woodland Hills, CA 913 64 | (Case No. BC568722) |
| 25 | Tel: (818)883-8000 | |
| | Fax: (818)883-8077 | |
| 26 | Email: smanningesq@aol.com | |
| 27 | | |
| 28 | | |

HOCHMAN SALKIS TOSCHER PEREZ P.C.

4

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

EXHIBIT 16                                    Page 663

| | | |
|---|---|---|
| 1 | | |
| 2 | Timothy G. Blood | Attorneys for Plaintiffs: |
| 3 | Leslie E. Hurst<br>Jennifer L. MacPherson | Sharon Bransfsord; Steven Shrager and<br>Rachel Tash |
| 4 | Blood Hurst & O'Reardon LLP<br>501 W. Broadway, Suite 1490 | (Case No. BC565618) |
| 5 | San Diego, CA 92101<br>Tel:    (619) 338-1100 | |
| 6 | Fax:    (619) 338-1101<br>Email: tblood@bholaw.com | |
| 7 | lhurst@bholaw.com<br>jmacpherson@bholaw.com | |
| 8 | Lee Jackson | Attorneys for Plaintiffs: |
| 9 | Gillian L. Wade<br>Marc A. Castaneda | Sharon Bransfsord; Steven Shrager and<br>Rachel Tash |
| 10 | Milstein Jackson Fairchild & Wade LLP<br>10250 Constellation Blvd., 14th Floor | (Case No. BC565618) |
| 11 | Los Angeles, CA 90067<br>Tel:    (310) 396-9600 | |
| 12 | Fax:    (310) 396-9635<br>Email: ljackson@majfw.com | |
| 13 | gwade@majfw.com<br>mcastaneda@majfw.com | |
| 14 | | |
| 15 | Andre E. Jardini<br>K.L. Myles | Attorneys for Plaintiffs:<br>Yaar Kimhi; Tahl Beckerman Megerdichian; |
| 16 | Knapp, Petersen & Clarke<br>550 North Brand Blvd., Suite 1500 | and Yelena Novak (Case No. BC536272) |
| 17 | Glendale, CA 91203-1922<br>Tel:    (818) 547-1922 | |
| 18 | Fax:    (818) 547-5329<br>Email: aej@kpclegal.com | |
| 19 | klm@kpclegal.com | |
| 20 | David E. Bower<br>Bower Law Group PC | Attorneys for Plaintiff:<br>Hayley Fontaine |
| 21 | 600 Corporate Pointe, Suite 1170<br>Culver City, CA 90230 | (Case No. BC571664) |
| 22 | Tel:    (213) 446-6652<br>Cell:    (310) 2: 10-0605 | |
| 23 | Email: DBower@BowerLawGroup.com | |
| 24 | Mark T. Drooks<br>Nithin Kumar | Attorneys for Non-Party:<br>Jack Landskroner |
| 25 | Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks Lincenberg & Rhow, P.C. | (Case No. BC577267) |
| 26 | 1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 | |
| 27 | Tel: (310) 201-2100<br>Fax: (310) 201-2110 | |
| 28 | Email: mdrooks@birdmarella.com<br>nkumar@birdmarella.com | |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

5

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

EXHIBIT 16                                        Page 664

1

2  Edward M. Robbins, Jr.                    Court Appointed Special Master
   Hochman Salkin Toscher Perez, P.C.        (Case No. BCF577267) and Related Cases:
3  9150 Wilshire Blvd. Suite 300             BC536272
   Beverly Hills, CA 90212                   BC565618
4  Tel:    (310) 281-3247                    BC568722
   Fax:    (310) 859-5129                    BC571664
5  Email: EdR@taxlitigator.com               BC594049
                                             BC574690
6

7
   6679000_1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

[PROPOSED] ORDER RE: APPOINTMENT OF SPECIAL MASTER

EXHIBIT 16                                      Page 665

**This page was left intentionally blank.**

EXHIBIT 16                                             Page 666

## PROOF OF SERVICE

***Antwon Jones v City of Los Angeles, et al.***
**LASC, Central Judicial District, Complex - Case No. BC577267**
**[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On November 14, 2019, I served the foregoing document described as **SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION (150 DAYS POST APPOINTMENT)** on the interested parties in this action as follows:

### SEE THE ATTACHED SERVICE LIST

__X__    **(BY ELECTRONIC MAIL)** I electronically served the document(s) described above, via FileAndServeXpress, on the recipients designed on the Transaction Receipt located on the FileAndServeXpress website (https://secure.fileandserveexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

__X__    **(BY U.S. MAIL)** I caused such envelope(s) to be addressed as indicated above and deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Nasir Khan                                    Defendant and Cross-Defendant *Pro Se*
7288 Woodrow Wilson Drive          (Case No. BC574690)
Hollywood, CA 90068
Email: nasirkhanali@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 14, 2019, at Beverly Hills, California.

*Jessica Crenshaw*
Jessica Crenshaw

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION (150 DAYS POST-APPOINTMENT)**          Page 667

EXHIBIT 16
7

#:8769

HOCHMAN SALKIN TOSCHER PEREZ P.C.

## SERVICE LIST

*Antwon Jones v City of Los Angeles, et al.*
**LASC, Central Judicial District, Complex - Case No. BC577267**
**[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]**

| | |
|---|---|
| Jeffrey B. Isaacs<br>Paige Shen<br>Isaacs Friedberg LLP<br>555 S. Flower Street, Suite 4250<br>Los Angeles, CA 90071<br>Tel:     (213) 929-5550<br>Fax:     (213) 955-5794<br>Email: jisaacs@ifcounsel.com<br>          pshen@ifcounsel.com | Attorneys for Plaintiff:<br>Antwon Jones (Case No. BC577267) |
| Brian S. Kabateck<br>Anastasia K. Mazzella<br>Brian Hong<br>Kabateck LLP<br>633 West Fifth Street, Suite 3200<br>Los Angeles, CA 90071<br>Tel: (213) 217-5000<br>Fax: (213) 217-5010<br>Email: bsk@kbklawyers.com<br>          am@kbklawyers.com<br>          byh@kbklawyers.com | Attorneys for Class<br>(Case No. BC 577267) |
| Michael N. Feuer<br>Joseph A. Brajevich<br>Eskel H. Solomon<br>Los Angeles City Attorney's Office<br>221 N. Figueroa Street, Suite 1000<br>Los Angeles, CA 90012<br>Tel: (213) 367-4580<br>Fax:<br>Email: mike.feuer@lacity.org<br>          joseph.brajevich@ladwp.com<br>          eskel.solomon@ladwp.com | Attorneys for Defendant<br>City of Los Angeles (Case No. BC577267)<br><br>Attorneys for Defendant<br>City of Los Angeles (Case No. BC536272)<br><br>Attorneys for Defendant<br>City of Los Angeles (Case No. BC571664)<br><br>Attorneys for Defendant<br>Los Angeles Department of Water and<br>Power (Case No. BC568722)<br><br>Attorneys for Defendant<br>Los Angeles Department of Water and<br>Power (Case No. BC594049) |

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION**
**(150 DAYS POST-APPOINTMENT)**

EXHIBIT 16

8

Page 668

HOCHMAN SALKIN TOSCHER PEREZ P.C.

| | |
|---|---|
| 1 | Eric George |
| | Maribeth Annaguey |
| 2 | Brown George Ross LLP |
| | 2121 Avenue of the Stars, Suite 2800 |
| 3 | Los Angeles, CA 90027 |
| | Tel:    (310) 274-7100 |
| 4 | Fax:    (310) 275-5697 |

Eric George
Maribeth Annaguey
Brown George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90027
Tel:    (310) 274-7100
Fax:    (310) 275-5697

Attorneys for Defendant
City of Los Angeles (Case No. BC577267)

Attorneys for Defendant
City of Los Angeles (Case No. BC536272)

Attorneys for Defendant
City of Los Angeles (Case No. BC571664)

Attorneys for Defendant
Los Angeles Department of Water and Power
(Case No. BC568722)

Attorneys for Defendant
Los Angeles Department of Water and Power
(Case No. BC594049)

Daniel J. Thomasch (Pro Hac Vice)
Lauren J. Elliot (Pro Hac Vice)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035
Email: ddthomasch@gibsondunn.com
           lelliot@gibsondunn.com

Attorneys for Defendant and
Cross-Complainant:
PricewaterhouseCoopers LLP; and
Defendant; James M. Curtin
(Case No. BC574690)

Maurice Suh
James Santiago
Casey McCracken
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel:    (213) 229-7000
Fax:    (213) 299-7520
Email: msuh@gibsondunn.com
           jsantiago@gibsondunn.com
           cmccracken@gibsondunn.com

Attorneys for Defendant and
Cross-Complainant:
PricewaterhouseCoopers LLP; and
Defendant; James M. Curtin
(Case No. BC574690)

Margaret L. Carter
J. Jorge Deneve
O'Melveney & Myers LLP
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071
Tel:    (213) 430-6000
Fax:    (213) 430-6407
Email: mcarter@omm.com
           jdeneve@omm.com

Attorneys for Defendant:
Treavor LaRoque
(Case No. BC 574690)

Charles R. Jaeger
David Goldstein
Farmer Brownstein Jaeger LLP
235 Montgomery St., Suite 835
San Francisco, CA 94104

Attorneys for Defendants:
Paul Butler and David Garcia
(Case No. BC574690)

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION**
**(150 DAYS POST-APPOINTMENT)**                                    Page 669

EXHIBIT 16
9

HOCHMAN SALKIN TOSCHER PEREZ P.C.

1  Tel:    (415) 962-2879
   Fax:    (415) 520-5678
2  Email: cjaeger@fbi-law.com
           dgoldstein@fbi-law.com
3

4  Jeffrey L. Steinfeld                    Attorneys for Non-Parties:
   Scheper, Kim & Harris LLP               Paul O. Paradis; Paradis Law Group, LLC;
5  601 W. Fifth Street, 12th Floor         and Aventador Utility Solutions, LLC
   Los Angeles, CA 90071                   (Case No. BC574690)
   Tel:    (213) 613-4655
6  Fax:    (213) 613-4556
   Email: jsteinfeld@scheperkim.com
7

8  Grant B. Gelberg                        Attorneys for Non-Party:
   Huang Ybarra Gelberg & May LLP          Gina Tufaro
   550 S. Hope Street, Suite 1850          (Case No. BC574690)
9  Los Angeles, CA 90072
   Tel:    (213) 884-4900
10 Fax:    (213) 884-4910
   Email: Grant.Gelberg@hygmlaw.com
11

12 Alan Himmelfarb                         Attorneys for Plaintiffs:
   Law Offices of Alan Himmelfarb          Debra Macias, et al.,
   80 W. Sierra Madre Blvd., Suite 304     (Case No. BC594049)
13 Sierra Madre, CA 91024
   Tel:    (626) 325-3104                  Attorneys for Plaintiff:
14 Fax:    (626) 325-3104                  Daniel Morski
   Email: consumerlaw1@earthlink.net       (Case No. BC568722)
15

16 David C. Parisi                         Attorneys for Plaintiffs: Debra Macias, et al.
   Suzanne Havens Beckman                  (Case No. BC594049)
   Parisi & Havens LLP
17 212 Marine St., Suite 100               Attorneys for Plaintiff: Daniel Morski
   Santa Monica, CA 90405                  (Case No. BC568722)
18 Tel: (818) 990-1299
   Fax: (818) 501-7852
19 Email: dcparisi@parisihavens.com

20 Sheri Manning                           Attorneys for Plaintiffs: Debra Macias, et al.
   Gary Luckenbacher                       (Case No. BC594049)
21 Manning, Manning & Luckenbacher
   20750 Ventura Blvd., Suite 203          Attorneys for Plaintiff: Daniel Morski
22 Woodland Hills, CA 913 64               (Case No. BC568722)
   Tel: (818)883-8000
23 Fax: (818)883-8077
   Email: smanningesq@aol.com
24

25 Timothy G. Blood                        Attorneys for Plaintiffs:
   Leslie E. Hurst                         Sharon Bransfsord; Steven Shrager and
   Jennifer L. MacPherson                  Rachel Tash
26 Blood Hurst & O'Reardon LLP             (Case No. BC565618)
   501 W. Broadway, Suite 1490
27 San Diego, CA 92101
   Tel:    (619) 338-1100
28 Fax:    (619) 338-1101

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION (150 DAYS POST-APPOINTMENT)**
EXHIBIT 16
10

HOCHMAN SALKIN TOSCHER PEREZ P.C.

1
2

Email: tblood@bholaw.com
        lhurst@bholaw.com
        jmacpherson@bholaw.com

3
4
5
6
7
8

Lee Jackson
Gillian L. Wade
Marc A. Castaneda
Milstein Jackson Fairchild & Wade LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Tel:    (310) 396-9600
Fax:    (310) 396-9635
Email: ljackson@majfw.com
        gwade@majfw.com
        mcastaneda@majfw.com

Attorneys for Plaintiffs:
Sharon Bransfsord; Steven Shrager and
Rachel Tash
(Case No. BC565618)

9
10
11
12
13
14

Andre E. Jardini
K.L. Myles
Knapp, Petersen & Clarke
550 North Brand Blvd., Suite 1500
Glendale, CA 91203-1922
Tel:    (818) 547-1922
Fax:    (818) 547-5329
Email: aej@kpclegal.com
        klm@kpclegal.com

Attorneys for Plaintiffs:
Yaar Kimhi; Tahl Beckerman Megerdichian;
and Yelena Novak (Case No. BC536272)

15
16
17
18

David E. Bower
Bower Law Group PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel:    (213) 446-6652
Cell:   (310) 2: 10-0605
Email: DBower@BowerLawGroup.com

Attorneys for Plaintiff:
Hayley Fontaine
(Case No. BC571664)

19
20
21
22
23

Mark T. Drooks
Nithin Kumar
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: (310) 201-2100
Fax: (310) 201-2110
Email: mdrooks@birdmarella.com
        nkumar@birdmarella.com

Attorneys for Non-Party:
Jack Landskroner
(Case No. BC577267)

24
25
26
27

Edward M. Robbins, Jr.
Hochman Salkin Toscher Perez, P.C.
9150 Wilshire Blvd. Suite 300
Beverly Hills, CA 90212
Tel:    (310) 281-3247
Fax:    (310) 859-5129
Email: EdR@taxlitigator.com

Court-Appointed Special Master
(Case No. BCF577267) and Related Cases:
BC536272
BC565618
BC568722
BC571664
BC594049
BC574690

28

**SPECIAL MASTER'S FIRST INTERIM REPORT OF INVESTIGATION**
**(150 DAYS POST-APPOINTMENT)**                    Page 671
EXHIBIT 16
11