# EXHIBIT 17

EXHIBIT 17 Page 672

Edward M. Robbins, Jr., Esq., State Bar No. 82696
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone:    (310) 281-3247
Facsimile:    (310) 859-5129
E-mail:       EdR@taxlitigator.com

Court Appointed Special Master

### SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT
### UNLIMITED JURISDICTION

| | |
|---|---|
| ANTWON JONES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant.<br><br>AND RELATED CASES | Lead Case No.: BC577267 [Related Cases Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]<br><br>**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE SECOND INTERIM REPORT OF INVESTIGATION**<br><br>**Dept.: 6**<br>**Judge: Honorable Elihu M. Berle**<br>U. S. Courthouse<br>Courtroom 3<br>312 N. Spring Street<br>Los Angeles, CA 90017 |

On June 17, 2019, the Honorable Elihu M. Berle, Los Angeles Superior Court, appointed me as a Special Master in the case and action of *Jones v. City of Los Angeles* and the related cases: *Kimhi v. City of Los Angeles* (Case No. BC536272); *Bransford v City of Los Angeles* (Case No. BC565618); *Morski v. Dept. of Water & Power* (Case No. BC568722); *Fontaine v. City of Los Angeles Department of Water and Power* (Case No. BC571664); *City of Los Angeles v. PwC* (Case No. BC574690); *Antwan Jones v. City of Los Angeles* (Case No. BC577267), and *Macias v. Dept. of Water & Power* (Case No. BC594049), collectively "*Related Cases*". The

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

EXHIBIT 171      Page 673

Court tasked the Special Master to investigate and audit of all financial matters relating to payments by the City of Los Angeles in connection with the settlement of the *Jones* action, its remediation of the LADWP billing system, all payments to special counsel Paul Kiesel and Paul Paradis, all payments to every entity in which Paul Paradis or Jack Landskroner have an interest, and all other payments made in connection with the *Jones* action and all *Related Cases*, and investigate the genesis of this litigation.

Under the Order, the Special Master must proceed with all reasonable diligence and keep the Court apprised of progress and anticipated timeline towards completion of the duties and responsibilities of the appointment. The Order requires the Special Master to file with the Court an initial interim report within 90 days and periodic reports thereafter until the assignment is completed.

On November 14, 2020, the Special Master filed his Initial Interim Report. The material facts and preliminary conclusions of the initial interim report are unchanged. The Special Master and his team are continuing to assemble the documents and witnesses to complete this investigation.

Since being appointed, the Special Master and his team have primarily focused on collecting, reviewing and evaluating the vast store of data produced by the parties to these Related Cases. The produced documents consist of thousands of documents and tens of thousands of pages. In addition, we have identified and requested a like number of documents yet to be produced. The Special Master team has also scheduled and interviewed relevant persons. Our receipt of some of the outside data needed has been delayed by discovery litigation and by a partially parallel federal criminal investigation.

The Special Master needs to obtain and evaluate additional information and interview key

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

EXHIBIT 172   Page 674

witnesses before providing the Court with a final report.

The Special Master respectfully requests an additional 60 days (April 14, 2020) to file the next report.

Dated: February 12, 2020

Respectfully submitted,

_____
EDWARD M. ROBBINS, JR.
Special Master

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

EXHIBIT 17[3]              Page 675

# PROOF OF SERVICE

*Antwon Jones v City of Los Angeles, et al.*
LASC, Central Judicial District, Complex - Case No. BC577267
[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

    On February 13, 2020, I served the foregoing document described as **SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE SECOND INTRIM REPORT OF INVESTIGATION** on the interested parties in this action as follows:

### SEE THE ATTACHED SERVICE LIST

__X__    **(BY ELECTRONIC MAIL)** I electronically served the document(s) described above, via FileAndServeXpress, on the recipients designed on the Transaction Receipt located on the FileAndServeXpress website (https://secure.fileandserveexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

__X__    **(BY U.S. MAIL)** I caused such envelope(s) to be addressed as indicated below and deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Nasir Khan<br>7288 Woodrow Wilson Drive<br>Hollywood, CA 90068<br>Email: nasirkhanali@gmail.com | Defendant and Cross-Defendant *Pro Se*<br>(Case No. BC574690) |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on February 13, 2020, at Beverly Hills, California.

*/s/ Jessica Crenshaw*
Jessica Crenshaw

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

## SERVICE LIST

*Antwon Jones v City of Los Angeles, et al.*
LASC, Central Judicial District, Complex - Case No. BC577267
[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]

| | |
|---|---|
| Jeffrey B. Isaacs<br>Paige Shen<br>Isaacs Friedberg LLP<br>555 S. Flower Street, Suite 4250<br>Los Angeles, CA 90071<br>Tel:   (213) 929-5550<br>Fax:   (213) 955-5794<br>Email: jisaacs@ifcounsel.com<br>         pshen@ifcounsel.com | Attorneys for Plaintiff:<br>Antwon Jones (Case No. BC577267) |
| Brian S. Kabateck<br>Anastasia K. Mazzella<br>Brian Hong<br>Kabateck LLP<br>633 West Fifth Street, Suite 3200<br>Los Angeles, CA 90071<br>Tel: (213) 217-5000<br>Fax: (213) 217-5010<br>Email: bsk@kbklawyers.com<br>         am@kbklawyers.com<br>         byh@kbklawyers.com | Attorneys for Class<br>(Case No. BC 577267) |
| Michael N. Feuer<br>Joseph A. Brajevich<br>Eskel H. Solomon<br>Los Angeles City Attorney's Office<br>221 N. Figueroa Street, Suite 1000<br>Los Angeles, CA 90012<br>Tel: (213) 367-4580<br>Fax:<br>Email: mike.feuer@lacity.org<br>         joseph.brajevich@ladwp.com<br>         eskel.solomon@ladwp.com | Attorneys for Defendant<br>City of Los Angeles (Case No. BC577267)<br><br>Attorneys for Defendant<br>City of Los Angeles (Case No. BC536272)<br><br>Attorneys for Defendant<br>City of Los Angeles (Case No. BC571664)<br><br>Attorneys for Defendant<br>Los Angeles Department of Water and Power (Case No. BC568722)<br><br>Attorneys for Defendant<br>Los Angeles Department of Water and Power (Case No. BC594049) |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

EXHIBIT 17[5]                                                                 Page 677

| | | |
|---|---|---|
| 1 | Eric George | Attorneys for Defendant |
| 2 | Maribeth Annaguey<br>Brown George Ross LLP | City of Los Angeles (Case No. BC577267) |
| 3 | 2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90027 | Attorneys for Defendant<br>City of Los Angeles (Case No. BC536272) |
| 4 | Tel:  (310) 274-7100<br>Fax:  (310) 275-5697 | Attorneys for Defendant<br>City of Los Angeles (Case No. BC571664) |
| 5 | | |
| 6 | | Attorneys for Defendant<br>Los Angeles Department of Water and Power<br>(Case No. BC568722) |
| 7 | | |
| 8 | | Attorneys for Defendant<br>Los Angeles Department of Water and Power<br>(Case No. BC594049) |
| 9 | | |
| 10 | Daniel J. Thomasch (Pro Hac Vice) | Attorneys for Defendant and |
| 11 | Lauren J. Elliot (Pro Hac Vice)<br>Gibson, Dunn & Crutcher LLP | Cross-Complainant:<br>PricewaterhouseCoopers LLP; and |
| 12 | 200 Park Avenue<br>New York, NY 10166 | Defendant; James M. Curtin<br>(Case No. BC574690) |
| 13 | Tel:  (212) 351-4000<br>Fax:  (212) 351-4035 | |
| 14 | Email: ddthomasch@gibsondunn.com<br>       lelliot@gibsondunn.com | |
| 15 | | |
| 16 | Maurice Suh<br>James Santiago | Attorneys for Defendant and<br>Cross-Complainant: |
| 17 | Casey McCracken<br>Gibson, Dunn & Crutcher LLP | PricewaterhouseCoopers LLP; and<br>Defendant; James M. Curtin |
| 18 | 333 S. Grand Avenue<br>Los Angeles, CA 90071 | (Case No. BC574690) |
| 19 | Tel:  (213) 229-7000<br>Fax:  (213) 299-7520 | |
| 20 | Email: msuh@gibsondunn.com<br>       jsantiago@gibsondunn.com | |
| 21 |        cmccracken@gibsondunn.com | |
| 22 | Margaret L. Carter<br>J. Jorge Deneve | Attorneys for Defendant:<br>Treavor LaRoque |
| 23 | O'Melveney & Myers LLP<br>400 S. Hope Street, 18th Floor | (Case No. BC 574690) |
| 24 | Los Angeles, CA 90071<br>Tel:  (213) 430-6000 | |
| 25 | Fax:  (213) 430-6407<br>Email: mcarter@omm.com | |
| 26 |        jdeneve@omm.com | |
| 27 | | |
| 28 | **SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE**<br>**SECOND INTERIM REPORT OF INVESTIGATION** | |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

EXHIBIT 176                                                                 Page 678

| | | |
|---|---|---|
| 1 | | |
| 2 | Charles R. Jaeger | Attorneys for Defendants: |
| 3 | David Goldstein<br>Farmer Brownstein Jaeger LLP | Paul Butler and David Garcia<br>(Case No. BC574690) |
| 4 | 235 Montgomery St., Suite 835<br>San Francisco, CA 94104 | |
| 5 | Tel:   (415) 962-2879<br>Fax:   (415) 520-5678 | |
| 6 | Email: cjaeger@fbi-law.com<br>        dgoldstein@fbi-law.com | |
| 7 | Jeffrey L. Steinfeld | Attorneys for Non-Parties: |
| 8 | Scheper, Kim & Harris LLP<br>601 W. Fifth Street, 12th Floor | Paul O. Paradis; Paradis Law Group, LLC;<br>and Aventador Utility Solutions, LLC |
| 9 | Los Angeles, CA 90071<br>Tel:   (213) 613-4655 | (Case No. BC574690) |
| 10 | Fax:   (213) 613-4556<br>Email: jsteinfeld@scheperkim.com | |
| 11 | Grant B. Gelberg | Attorneys for Non-Party: |
| 12 | Huang Ybarra Gelberg & May LLP<br>550 S. Hope Street, Suite 1850 | Gina Tufaro<br>(Case No. BC574690) |
| 13 | Los Angeles, CA 90072<br>Tel:   (213) 884-4900 | |
| 14 | Fax:   (213) 884-4910<br>Email: Grant.Gelberg@hygmlaw.com | |
| 15 | Alan Himmelfarb | Attorneys for Plaintiffs: |
| 16 | Law Offices of Alan Himmelfarb<br>80 W. Sierra Madre Blvd., Suite 304 | Debra Macias, et al.,<br>(Case No. BC594049) |
| 17 | Sierra Madre, CA 91024<br>Tel:   (626) 325-3104 | Attorneys for Plaintiff: |
| 18 | Fax:   (626) 325-3104<br>Email: consumerlaw1@earthlink.net | Daniel Morski<br>(Case No. BC568722) |
| 19 | David C. Parisi | Attorneys for Plaintiffs: Debra Macias, et al. |
| 20 | Suzanne Havens Beckman<br>Parisi & Havens LLP | (Case No. BC594049) |
| 21 | 212 Marine St., Suite 100<br>Santa Monica, CA 90405 | Attorneys for Plaintiff: Daniel Morski<br>(Case No. BC568722) |
| 22 | Tel: (818) 990-1299<br>Fax: (818) 501-7852 | |
| 23 | Email: dcparisi@parisihavens.com | |
| 24 | Sheri Manning<br>Gary Luckenbacher | Attorneys for Plaintiffs: Debra Macias, et al.<br>(Case No. BC594049) |
| 25 | Manning, Manning & Luckenbacher<br>20750 Ventura Blvd., Suite 203 | Attorneys for Plaintiff: Daniel Morski |
| 26 | Woodland Hills, CA 913 64<br>Tel: (818)883-8000 | (Case No. BC568722) |
| 27 | Fax: (818)883-8077<br>Email: smanningesq@aol.com | |
| 28 | **SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE**<br>**SECOND INTERIM REPORT OF INVESTIGATION** | |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

EXHIBIT 177                                                           Page 679

|  |  |
|---|---|
| Timothy G. Blood<br>Leslie E. Hurst<br>Jennifer L. MacPherson<br>Blood Hurst & O'Reardon LLP<br>501 W. Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel:   (619) 338-1100<br>Fax:   (619) 338-1101<br>Email: tblood@bholaw.com<br>        lhurst@bholaw.com<br>        jmacpherson@bholaw.com | Attorneys for Plaintiffs:<br>Sharon Bransfsord; Steven Shrager and Rachel Tash<br>(Case No. BC565618) |
| Lee Jackson<br>Gillian L. Wade<br>Marc A. Castaneda<br>Milstein Jackson Fairchild & Wade LLP<br>10250 Constellation Blvd., 14th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 396-9600<br>Fax:   (310) 396-9635<br>Email: ljackson@majfw.com<br>        gwade@majfw.com<br>        mcastaneda@majfw.com | Attorneys for Plaintiffs:<br>Sharon Bransfsord; Steven Shrager and Rachel Tash<br>(Case No. BC565618) |
| Andre E. Jardini<br>K.L. Myles<br>Knapp, Petersen & Clarke<br>550 North Brand Blvd., Suite 1500<br>Glendale, CA 91203-1922<br>Tel:   (818) 547-1922<br>Fax:   (818) 547-5329<br>Email: aej@kpclegal.com<br>        klm@kpclegal.com | Attorneys for Plaintiffs:<br>Yaar Kimhi; Tahl Beckerman Megerdichian; and Yelena Novak (Case No. BC536272) |
| David E. Bower<br>Bower Law Group PC<br>600 Corporate Pointe, Suite 1170<br>Culver City, CA 90230<br>Tel:   (213) 446-6652<br>Cell:   (310) 2: 10-0605<br>Email: DBower@BowerLawGroup.com | Attorneys for Plaintiff:<br>Hayley Fontaine<br>(Case No. BC571664) |
| Mark T. Drooks<br>Nithin Kumar<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067<br>Tel: (310) 201-2100<br>Fax: (310) 201-2110 | Attorneys for Non-Party:<br>Jack Landskroner<br>(Case No. BC577267) |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

EXHIBIT 178                                    Page 680

| | | |
|---|---|---|
| 1 | Email: mdrooks@birdmarella.com | |
| 2 | nkumar@birdmarella.com | |
| 3 | Edward M. Robbins, Jr. | Court Appointed Special Master |
|   | Hochman Salkin Toscher Perez, P.C. | (Case No. BCF577267) and Related Cases: |
|   | 9150 Wilshire Blvd. Suite 300 | BC536272 |
| 4 | Beverly Hills, CA 90212 | BC565618 |
|   | Tel:    (310) 281-3247 | BC568722 |
| 5 | Fax:   (310) 859-5129 | BC571664 |
|   | Email: EdR@taxlitigator.com | BC594049 |
| 6 | | BC574690 |

HOCHMAN SALKIN TOSCHER PEREZ P.C.

**SPECIAL MASTER'S REQUEST FOR MORE TIME TO FILE
SECOND INTERIM REPORT OF INVESTIGATION**

EXHIBIT 179                                        Page 681