# EXHIBIT 18

EXHIBIT 18                                           Page 682

64459956
Nov 22 2019
04:50PM

BRIAN S. KABATECK (SBN 152054)
bsk@kbklawyers.com
ANASTASIA K. MAZZELLA (SBN 245201)
am@kbklawyers.com
SERENA VARTAZARIAN (SBN 303260)
sv@kbklawyers.com
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone:   (213) 217-5000
Facsimile:    (213) 217-5010
*Attorneys for the Jones Class*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| ANTWON JONES, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, by and through the Los Angeles Department of Water and Power; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CASES | Lead Case No.: BC577267 [Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]<br><br>**NEW CLASS COUNSEL'S REPORT REGARDING THE STATUS OF ITS EVALUATION OF THE CLASS ACTION SETTLEMENT (210 DAYS POST-APPOINTMENT).**<br><br>[FILED CONCURRENTLY HEREWITH: DECLARATION OF GREGG THERRIEN AND EXHIBITS THERETO]<br><br>Dept.:   6<br>Judge:   Honorable Elihu M. Berle |

issues concerning the Paradis work product objections, and received preliminary reports from Concentric. Nevertheless, Class Counsel is working on a discovery plan that will span all forms of discovery necessary to evaluate the fairness of the settlement and the proper implementation of the existing refunds/credits.

Furthermore, while the settlement does not specifically call for depositions, Class Counsel intends on noticing the depositions of any and all individuals and PMKs of any entities who had any role in formulating, drafting, or negotiating any aspect of the settlement – even if those persons/entities were previously deposed as part of the *City of LA v. PwC* action. If necessary, Class Counsel will seek an order from the Court reopening the discovery process to allow for such depositions and/or written discovery requests.

**B.     *Stipulation to Toll the Five-Year Rule – Code of Civil Procedure Section 583.330 (a).***

Class Counsel and counsel for the City have agreed to stipulate that the five-year rule in which to bring a litigation to trial under Code of Civil Procedure, section 583.330 (a), which could theoretically run as early as April 1, 2020, will be stayed. Class Counsel is preparing a stipulation and order for the Court to be filed in early December 2019.

**C.     *Continued Work with the Special Masters and Outside Consultants***

To date, Class Counsel has worked cooperatively and successfully with Special Master Robbins, Special Master Barkovich, Court Monitor Paul Bender and Siva Thoppe, and Auditors KPMG. Class Counsel will continue to meet with these individuals and entities on a regular basis to review their work, identify problems or issues concerning class member claims, and obtain final numbers and determinations. Additionally, Class Counsel anticipates spending a large percentage of its time in the ensuing months working closely with Concentric, and possibly a statistician, to verify the veracity of the LADWP's work in identifying refunds/credits as well as Bender/Thoppe's work in monitoring the settlement.

**D.     *Evaluation of Settlement Subclasses and Remedial Relief***

In the first six months of its appointment, Class Counsel focused largely on learning the facts, history, and nuances of this complicated case, addressing Rule 17 issues, vetting and hiring independent experts and developing an action plan for evaluating the fairness of the settlement.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 633 West Fifth Street, Suite 3200, Los Angeles, CA 90071.

On November 22, 2019, I served a copy of the following document(s) described as **NEW CLASS COUNSEL'S REPORT REGARDING THE STATUS OF ITS EVALUATION OF THE CLASS ACTION SETTLEMENT (210 DAYS POST-APPOINTMENT).** on the interested party(ies) in this action as follows:

[ ]   **BY MAIL:**   By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence IS placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

[ ]   **BY OVERNIGHT DELIVERY:**   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[X]   **VIA FILE AND SERVE:**   I caused such documents described herein to be uploaded electronically onto the website www.fileandservexpress.com per a mutual agreement between the parties. I uploaded the above entitled document(s) with the understanding that all parties will have access and be able to download said documents

[X]   **STATE:**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 22, 2019, at Los Angeles, California.

*Irma DeLeon*
Irma Deleon