# EXHIBIT 19

EXHIBIT 19   Page 686

BRIAN S. KABATECK (SBN 152054)
bsk@kbklawyers.com
ANASTASIA K. MAZZELLA (SBN 245201)
am@kbklawyers.com
SERENA VARTAZARIAN (SBN 303260)
sv@kbklawyers.com
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone:   (213) 217-5000
Facsimile:   (213) 217-5010
*Class Counsel on behalf of the Jones Class*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| ANTWON JONES, on behalf of himself, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, by and through the Los Angeles Department of Water and Power; and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CASES | Lead Case No.: BC577267 [Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690] <br><br><br> **NOTICE OF ORDER ON JANUARY 30, 2020** <br><br><br> Dept.:   6 <br> Judge:   Honorable Elihu M. Berle |

///

///

EXHIBIT 19                    Page 687

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN**

**PLEASE TAKE NOTICE** that on January 30, 2020, the Court in the above-referenced matter ordered:

1. The OSC re disgorgement of fees hearing currently set for February 25, 2020 at 9:00 a.m. is vacated without prejudice to the City and/or Plaintiff re-filing an application for an OSC, or similar motion for disgorgement, at a later date.

2. Jack Landskroner's motion to be relieved as counsel set for February 25, 2020 at 9:00 a.m. is continued to March 12, 2020 at 9:00 a.m.

2. Attached as Exhibit 1 is the signed Order;

3. Kabateck LLP was ordered to give notice.

Dated: January 30, 2020

                                           **KABATECK LLP**

                                           _____
                                           BRIAN S. KABATECK
                                           ANASTASIA K. MAZZELLA
                                           SERENA J. VARTAZARIAN
                                           *Attorneys for the Class*

# EXHIBIT 1

EXHIBIT 19                    Page 689

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and hereby ~~STAYS further proceedings on the OSC and~~ VACATES the OSC hearing currently set for February 25, 2020, without prejudice to the City and/or Plaintiff re-filing an application for an OSC, or similar motion for disgorgement, at a later date.

DATED: January 30, 2020

_____
Hon. Elihu M. Berle
Judge of the California Superior Court for the County of Los Angeles

\* Motion to be relieved as counsel, \*
Jack Landskroner, set 2-25-20,
is continued to 3-12-20 @ 9AM

1408581.1                                                              -4-                                                   BC577267 (Lead case)

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

EXHIBIT 19                                                                                                           Page 690

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 633 West Fifth Street, Suite 3200, Los Angeles, CA 90071.

On January 30, 2020, I served a copy of the following document(s) described as **NOTICE OF ORDER ON JANUARY 30, 2020** on the interested party(ies) in this action as follows:

[X]   **VIA FILE AND SERVE:**   I caused such documents described herein to be uploaded electronically onto the website www.fileandservexpress.com per a mutual agreement between the parties. I uploaded the above entitled document(s) with the understanding that all parties will have access and be able to download said documents

[X]   **STATE:**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2020, at Los Angeles, California.

*Irma DeLeon*
Irma Deleon