EXHIBIT A: PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: *Bradshaw v. City of Los Angeles, et al.*

CASE NO.: 2:19-cv-06661-VAP (JCx)

| Matter/Event | Plaintiff's Request | City Defendants' Request | Libman's Request | Kiesel's Request | Paradis Request | Landskroner's Request | Court's Order |
|---|---|---|---|---|---|---|---|
| Deadline for Initial Disclosures | 2/21/2020 | 2/21/2020 | 2/21/2020 | 2/21/2020 | 2/21/2020 | 2/21/2020 | |
| Deadline to Hear Mots. to Amend/Add Parties | 5/18/2020 | 3/16/2020 | 3/16/2020 | 3/16/2020 | 5/18/2020 | 3/16/2020 | |
| Class Cert. Discovery Cutoff | Not Applicable | Not Applicable | 5/1/2020 | 5/1/2020 | Not Applicable | 4/8/2020 | |
| Deadline to File Class Cert. Mot. | 6/15/2020 | 3/23/2020 | 5/15/2020 | 5/15/2020 | 3/23/2020 | 4/20/2020 | |
| Deadline to File Opp'n to Class Cert. Mot. | 6/29/2020 | 4/23/2020 | 6/8/2020 | 6/8/2020 | 4/23/2020 | 5/15/2020 | |

1407167.1 506875.2

| Matter/Event | Plaintiff's Request | City Defendants' Request | Libman's Request | Kiesel's Request | Paradis Request | Landskroner's Request | Court's Order |
|---|---|---|---|---|---|---|---|
| Deadline to File Reply re Class Cert. Mot. | 7/6/2020 | 5/4/2020 | 6/22/2020 | 6/22/2020 | 5/4/2020 | 5/25/2020 | |
| Hearing on Class Cert. Mot. | 7/20/2020 | 5/18/2020 | 7/6/2020 | 7/6/2020 | 5/18/2020 | 6/8/2020 | |
| Fact Discovery Cut-Off; Last Day to Hear Fact Disc. Mots. | 9/10/2020 | 9/10/2020 | 9/10/2020 | 9/10/2020 | 9/10/2020 | 9/10/2020 | |
| Deadline for Initial Designation of Expert Witnesses | 8/3/2020 | 8/3/2020 | 8/3/2020 | 8/3/2020 | 8/3/2020 | 8/3/2020 | |
| ADR Deadline | 9/14/2020 | 9/14/2020 | 9/14/2020 | 9/14/2020 | 3/27/2020 | 9/14/2020 | |
| Deadline to File MSJ/MSA | 9/18/2020 | 9/18/2020 | 9/18/2020 | 9/18/2020 | 9/18/2020 | 9/18/2020 | |

| Matter/Event | Plaintiff's Request | City Defendants' Request | Libman's Request | Kiesel's Request | Paradis Request | Landskroner's Request | Court's Order |
|---|---|---|---|---|---|---|---|
| Deadline for Designation of Rebuttal Expert Witnesses | 9/16/2020 | 9/16/2020 | 9/16/2020 | 9/16/2020 | 9/16/2020 | 9/16/2020 | |
| Deadline to File Opp'n to MSJ/MSA | 10/12/2020 | 10/12/2020 | 10/12/2020 | 10/12/2020 | 10/12/2020 | 10/12/2020 | |
| Expert Discovery Cut-Off | 10/16/2020 | 10/16/2020 | 10/16/2020 | 10/16/2020 | 10/16/2020 | 10/16/2020 | |
| Deadline to File Reply re MSJ/MSA | 10/26/2020 | 10/26/2020 | 10/26/2020 | 10/26/2020 | 10/26/2020 | 10/26/2020 | |
| Last Day to Hear Non-Disc. Mots. Including MSJs/MSAs | 11/9/2020 | 11/9/2020 | 11/9/2020 | 11/9/2020 | 11/9/2020 | 11/9/2020 | |
| Pretrial Conf.; Last Day to Hear Mots. *in Limine* | 11/23/2020 | 11/23/2020 | 11/23/2020 | 11/23/2020 | 11/23/2020 | 11/23/2020 | |

| Matter/Event | Plaintiff's Request | City Defendants' Request | Libman's Request | Kiesel's Request | Paradis Request | Landskroner's Request | Court's Order |
|---|---|---|---|---|---|---|---|
| Trial Date **(Tuesday)** Jury ☐ Court ☐ Length: ___ Days | 12/8/2020 Jury trial estimated 20-25 court days | 12/1/2020 Jury Trial Est. 20-25 court days | 12/8/2020 Jury Trial Est. 20-25 days | 12/8/2020 Jury Trial Est. 14 court days | 12/8/2020 Jury Trial Est. 14 court days | 12/8/2020 Jury Trial Est. 20-25 days | |

1407167.1 506875.2