# Exhibit A

E-SERVICE
64738305
Feb 18 2020
04:26PM
File & ServeXpress

1   BRIAN S. KABATECK (SBN 152054)
    bsk@kbklawyers.com
2   ANASTASIA K. MAZZELLA (SBN 245201)
    am@kbklawyers.com
3   SERENA VARTAZARIAN (SBN 303260)
    sv@kbklawyers.com
4   **KABATECK LLP**
    633 West Fifth Street, Suite 3200
5   Los Angeles, CA 90071
    Telephone:    (213) 217-5000
6   Facsimile:    (213) 217-5010

7   Attorneys for ANTWON JONES, on behalf of
    the Class
8
9   MICHAEL N. FEUER (SBN 111529)
    JOSEPH A. BRAJEVICH (SBN 156144)
    **Los Angeles City Attorney's Office**
10  111 N. Hope Street, Room 340
    Los Angeles, CA 90012
11
12  ERIC GEORGE (SBN 166403)
    MARIBETH ANNAGUEY (SBN 228431)
    KATHRYN McCANN (SBN 245198)
13  **BROWNE GEORGE ROSS LLP**
    2121 Avenue of the Stars, Suite 2800
14  Los Angeles, California 90067
    Telephone:    (310) 274-7100
15  Facsimile:    (310) 275-5697

16  Attorneys for Defendant
    CITY OF LOS ANGELES

17

18              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

19                    **COUNTY OF LOS ANGELES**

20  ANTWON JONES, individually and on        Lead Case No.: BC577267
    behalf of the class,
21                                            **STIPULATION CONTINUING FIVE YEAR**
22          Plaintiffs,                       **DEADLINE TO BRING ACTION TO TRIAL**
                                              **PURSUANT TO CCP § 583.330**
23          v.
                                              **Dept.:**      SS6
24  CITY OF LOS ANGELES, *et al.*,            **Judge**:      Honorable Elihu M. Berle
25          Defendants.
26

27

28  _____
    **STIPULATION CONTINUING FIVE YEAR DEADLINE TO BRING ACTION TO TRIAL**
    **Case No. BC577267**

[**Exempt from Filing Fee Government Code § 6103**]

Plaintiff ANTWON JONES, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant CITY OF LOS ANGELES ("Defendant"), collectively "the Parties," hereby stipulate and agree to extend the time to bring the class action entitled *Jones v. City of Los Angeles* (BC577267) ("the *Jones* case") to trial from April 1, 2020 to April 1, 2021 pursuant to Code of Civil Procedure, section 583.330(a). The Parties make the following recitals in support of this Stipulation:

**WHEREAS**, the *Jones* case was filed on April 1, 2015 by former class counsel Jack Landskroner and class liaison Michael Libman;

**WHEREAS**, former class counsel, on behalf of the class, entered into a settlement with the City of Los Angeles in June 2015 ("*Jones* Settlement");

**WHEREAS**, this Court signed an order granting final approval of the *Jones* Settlement on or about July 20, 2017;

**WHEREAS**, after obtaining final approval, the City and former class counsel proceeded to implement the settlement terms;

**WHEREAS**, in or around January 2019, counsel in a related action, *City of Los Angeles v. PriceWaterhouseCoopers*, alleged Paul Paradis and Paul Kiesel, who were retained as Special Counsel for the City in that matter, along with Jack Landskroner, Michael Libman and possibly others, colluded to bring about the filing and settlement of the *Jones* case;

**WHEREAS**, in light of the foregoing allegations, this Court appointed Kabateck LLP as new class counsel on or about April 17, 2019 and charged Kabateck with evaluating whether the *Jones* Settlement was fair and reasonable;

**WHEREAS**, Kabateck is currently investigating the settlement's fairness and, as part of that investigation, has engaged third-party consultants who are currently working with the Parties to review and evaluate, among other issues, the methodologies the City used to identify class members and determine credits and refunds for each subclass;

**WHEREAS**, as part of that investigation, Kabateck is also reviewing whether items were excluded from the *Jones* Settlement that Kabateck feels should have been included, including but not limited to claims known as "back-billing" claims for the period of September 3, 2013 –

---

**STIPULATION CONTINUING FIVE YEAR DEADLINE TO BRING ACTION TO TRIAL**
**Case No. BC577267**

1

September 10, 2015, and zero or no bill claims;

**WHEREAS**, in addition to evaluating the fairness of the *Jones* Settlement, the Parties are also involved in a number of ongoing activities arising out of the original settlement agreement, including but not limited to the following: (1) overseeing distribution of approximately $38 million in Rule 17 credits for the time period of September 11, 2015 – January 2019; (2) implementing a process to review ongoing billing for compliance with Rule 17; (3) reviewing the audit conducted by KPMG as required by the *Jones* Settlement and (4) participating in confirmatory discovery;

**WHEREAS**, the Parties attended two all-day mediations in August and October 2019 which failed to resolve outstanding issues; however, the Parties have not foreclosed the possibility of returning to mediation over the course of the next year;

**WHEREAS**, Code of Civil Procedure § 583.310 requires an action to be brought to trial within five years after the action is commenced;

**WHEREAS**, the five-year period in this case expires at the earliest on April 1, 2015, five years from the date the *Jones* case was commenced, which will not leave sufficient time for Kabateck to complete their review of the *Jones* Settlement or resolve outstanding issues with the City;

**WHEREAS**, in light of the unique facts and circumstances of this case and in recognition of Kabateck's duty to investigate the reasonableness of the *Jones* Settlement, the Parties have stipulated pursuant to Code of Civil Procedure § 583.330(a) to extend the five-year deadline through April 1, 2021;

**WHEREAS**, the Parties agree to revisit the April 1, 2021 deadline if an additional extension would benefit LADWP ratepayers/class members;

**WHEREAS**, by stipulating to extend the deadline to bring this action to trial, Defendant City of Los Angeles herein waives the right to bring a motion to dismiss pursuant to Code of Civil Procedure § 583.310 based on the original April 1, 2020 5-year deadline;

**IT IS HEREBY STIPULATED TO AND BETWEEN THE PARTIES AS FOLLOWS**:

Absent any future periods wherein the Superior Court's jurisdiction to try this action is suspended, and/or any further Court orders or Parties' stipulations extending or tolling the time period to bring the *Jones* action to trial, the five-year time period to bring this action to trial under

Code of Civil Procedure § 583.310 will expire on April 1, 2021.

**IT IS SO STIPULATED**.

Dated: February 18, 2020

**KABATECK LLP**

_a. Maz_

BRIAN S. KABATECK
ANASTASIA K. MAZZELLA
SERENA J. VARTAZARIAN
_Attorneys for Antwon Jones, on behalf of the Class_

**BROWNE GEORGE ROSS**

_/s/Kathryn L. McCann_

ERIC M. GEORGE
MARIBETH ANNAGUEY
KATHRYN L. MCCANN
_Attorneys for the City of Los Angeles_

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 633 West Fifth Street, Suite 3200, Los Angeles, CA 90071.

     On February 18, 2020, I served a copy of the following document(s) described as **JOINT STATUS CONFERENCE STATEMENT** on the interested party(ies) in this action as follows:

**[X]**    **VIA FILE AND SERVE:**   I caused such documents described herein to be uploaded electronically onto the website www.fileandservexpress.com per a mutual agreement between the parties.  I uploaded the above entitled document(s) with the understanding that all parties will have access and be able to download said documents

**[X]**    **STATE:**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2020, at Los Angeles, California.

*Irma DeLeon*
Irma Deleon

# Exhibit B



COPY

Exempt From Filing Fee –
Government Code §6103

1   Michael N. Feuer (State Bar No. 111529)
       City Attorney
2   Joseph A. Brajevich (State Bar No. 156144)
       General Counsel, Department of Water and Power
3   LOS ANGELES CITY ATTORNEY'S OFFICE
    221 N. Figueroa Street, Suite 1000
4   Los Angeles, California 90012

5   BROWNE GEORGE ROSS LLP
    Eric M. George (State Bar No. 166403)
6   Maribeth Annaguey (State Bar No. 228431)
    Kathryn L. McCann (State Bar No. 245198)
7   2121 Avenue of the Stars, Suite 2800
    Los Angeles, California 90067
8   Telephone: (310) 274-7100
    Facsimile: (310) 275-5697

9   Attorneys for Defendant City of Los Angeles

10  Brian S. Kabateck (State Bar No. 152054)
    Anastasia K. Mazzella (State Bar No. 245201)
11  Serena Vartazarian (State Bar No. 303260)
    KABATECK LLP
12  633 West Fifth Street, Suite 3200
    Los Angeles, CA 90071
13  Telephone:    (213) 217-5000
    Facsimile:     (213) 217-5010
14

15  Attorneys for ANTWON JONES, on behalf of
    the Class

16            SUPERIOR COURT OF THE STATE OF CALIFORNIA

17       COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT, COMPLEX

18  ANTWON JONES, on behalf of himself, and       Case No. BC577267 (Lead case)
    all other similarly situated,                 [Related to Case Nos. BC536272, BC565618,
19                                                 BC568722, BC571664, BC594049; and
                    Plaintiff,                     BC574690]
20                                                 Assigned for All Purposes to:
              vs.                                  Hon. Elihu M. Berle, Dept. SSC-6
21
    CITY OF LOS ANGELES, by and through the        [CLASS ACTION]
22  Los Angeles Department of Water and Power;
    and DOES 1 through 50, inclusive,              STIPULATION AND [PROPOSED]
23                                                 ORDER TO STAY HEARING ON ORDER
                    Defendants.                    TO SHOW CAUSE RE DISGORGEMENT
24                                                 OF FEES

25                                                 Date:    February 25, 2020
                                                   Time:    9:00 a.m.
26                                                 Dept.:   SSC-6

27                                                 Action Filed:   April 1, 2015
                                                   Trial Date:     None Set
28

1406800.2                                                          BC577267 (Lead case)

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

RECEIVED

JAN 27 2020

FILING WINDOW

FAXED

## **STIPULATION**

1

2   Plaintiff Antwon Jones, on behalf of himself and the Class ("Plaintiff"), and the City of

3   Los Angeles, by and through the Los Angeles Department of Water and Power (the "City"),

4   (collectively referred to as the "Parties"), by and through their undersigned counsel, hereby

5   stipulate as follows:

6   WHEREAS, on September 26, 2019, the Parties filed a Joint Application for an Order to

7   Show Cause re Issuance of a Preliminary Injunction Requiring Disgorgement of Attorneys' Fees

8   ("Joint Application");

9   WHEREAS, the Parties sought the Court's intervention to preserve approximately

10   $11,755,000 in attorneys' fees paid pursuant to the *Jones* Settlement to the law firm of

11   Landskroner Grieco Merriman, LLC ("LGM"), the partners of LGM -- Jack Landskroner, Paul

12   Grieco and Tom Merriman -- the Law Offices of Michael J. Libman, and Michael J. Libman

13   individually (collectively referred to as "Landskroner and Libman");

14   WHEREAS, the Parties did so based upon evidence of an improper relationship between

15   Former Special Counsel to the City, Paul Paradis and Paul Kiesel, and Landskroner and Libman,

16   with respect to the filing of the *Jones* case, which Landskroner and Libman failed to disclose to

17   this Court in order to obtain an award and distribution of attorney fees;

18   WHEREAS, on December 2, 2019, the Court granted the Joint Application, finding that

19   sufficient evidence existed to issue an Order to Show Cause ("OSC") for the issuance of a

20   preliminary injunction requiring the disgorgement of attorneys' fees;

21   WHEREAS, the Court set the OSC for hearing on February 25, 2020, and set a January 31,

22   2020 deadline for Landskroner and Libman to file oppositions to the OSC;

23   WHEREAS, the United States Attorney's Office ("USAO") has indicated to the Parties

24   that the briefing on the OSC may result in the disclosure of sensitive, non-public information that

25   may be harmful to its investigation and ability to recover, to the extent possible, any ill-gotten

26   funds, and has therefore requested that the Parties agree to stay the February 25 hearing and

27   upcoming briefing deadlines on the OSC;

28

1406800.2

1    WHEREAS, the Parties wish to continue to proceed cooperatively with the USAO in this

2   matter for the benefit of the ratepayers, and to avoid any action that may jeopardize the USAO's

3   investigation, or the eventual recovery of funds;

4    ACCORDINGLY, the Parties hereby respectfully request that the Court STAY further

5   proceedings on the OSC at this time, and VACATE the February 25, 2020 OSC hearing, without

6   prejudice to the Parties re-filing an application for an OSC, or similar motion for disgorgement, at

7   a later date.

8

9    IT IS SO STIPULATED.

10   Dated:  January 27, 2020          BROWNE GEORGE ROSS LLP
                                       Eric M. George
11                                     Maribeth Annaguey
                                       Kathryn L. McCann
12

13   By: _____
                                           Eric M. George
14                                     Attorneys for Defendant City of Los Angeles

15

16

17   Dated:  January 27, 2020          KABATECK LLP
                                       Brian S. Kabateck
18                                     Anastasia K. Mazzella

19   By: _____
20                                         Brian S. Kabateck
                                       Counsel for the Class
21

22

23

24

25

26

27

28

1406800.2                          -2-                          BC577267 (Lead case)

## **PROPOSED ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and hereby STAYS further proceedings on the OSC and VACATES the OSC hearing currently set for February 25, 2020, without prejudice to the Parties re-filing an application for an OSC, or similar motion for disgorgement, at a later date.

DATED:  January ___, 2020

_____

Hon. Elihu M. Berle
Judge of the California Superior Court for the
County of Los Angeles

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

# PROOF OF SERVICE

## Antwon Jones v City of Los Angeles, et al.
### LASC, Central Judicial District, Complex - Case No. BC577267

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On **January 27, 2020**, I served true copies of the following document(s) described as

**STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER TO SHOW CAUSE RE DISGORGEMENT OF FEES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE:** I electronically served the document(s) described above via File & ServeXpress, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website (https://secure.fileandservexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

| | |
|---|---|
| Nasir Khan<br>7288 Woodrow Wilson Drive<br>Hollywood, CA 90068<br>Email: nasirkhanali@gmail.com | Defendant and Cross-Defendant *In Pro Per* (Case No. BC574690) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 27, 2020**, at Los Angeles, California.

_____
Marie Ramirez

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

1
2

## SERVICE LIST

*Antwon Jones v City of Los Angeles, et al.*
**LASC, Central Judicial District, Complex - Case No. BC577267**
*[Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, & BC594049]*

3
4

| | |
|---|---|
| 5<br><br>6<br><br>7<br><br>8<br><br>9 | Jeffrey B. Isaacs<br>Paige Shen<br>ISAACS FRIEDBERG LLP<br>555 S. Flower Street, Suite 4250<br>Los Angeles, CA 90071<br>Tel:    (213)929-5550<br>Fax:    (213)955-5794<br>Email: jisaacs@ifcounsel.com<br>          pshen@ifcounsel.com |

Attorneys for Plaintiff:
Antwon Jones (Case No. BC577267)

10
11
12
13
14
15

Brian S. Kabateck
Anastasia K. Mazzella
Brian Hong
KABATECK LLP
633 West Fifth Street, Suite 3200
Los Angeles, CA 90071
Tel:    (213) 217-5000
Fax:    (213) 217-5010
Email: bsk@kbklawyers.com
          am@kbklawyers.com
          byh@kbklawyers.com

Attorney for Class
(Case No BC577267)

16
17
18
19
20
21
22
23
24
25
26
27
28

Michael N. Feuer
Joseph A. Brajevich
LOS ANGELES CITY ATTORNEY'S OFFICE
221 N. Figueroa Street, Suite 1000
Los Angeles, CA  90012
Tel:    (213)367-4580
Email: mike.feuer@lacity.org
          joseph.brajevich@ladwp.com

Attorneys for Defendant
City of Los Angeles (Case No. BC577267)

Attorneys for Defendant
City of Los Angeles (Case No. BC536272)

Attorneys for Defendant
City of Los Angeles (Case No. BC571664)
Attorneys for Defendant

Los Angeles Department of Water and
Power (Case No. BC568722)

Attorneys for Defendant
Los Angeles Department of Water and
Power (Case No. BC594049)

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

| | | |
|---|---|---|
| 1 | Daniel J. Thomasch *(Pro Hac Vice)*<br>Lauren J. Elliot *(Pro Hac Vice)* | Attorneys for Defendant and Cross-<br>Complainant: |
| 2 | GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue | PricewaterhouseCoopers LLP; and<br>Defendant; James M. Curtin |
| 3 | New York, NY  10166<br>Tel:   (212) 351-4000 | (Case No. BC574690) |
| 4 | Fax:   (212) 351-4035<br>Email: dthomasch@gibsondunn.com | |
| 5 |          lelliot@gibsondunn.com | |
| 6 | Maurice Suh<br>James Santiago | Attorneys for Defendant and Cross-<br>Complainant: |
| 7 | Casey McCracken<br>GIBSON, DUNN & CRUTCHER LLP | PricewaterhouseCoopers LLP; and<br>Defendant; James M. Curtin |
| 8 | 333 S. Grand Avenue<br>Los Angeles, CA  90071 | (Case No. BC574690) |
| 9 | Tel:   (213) 229-7000<br>Fax:   (213) 299-7520 | |
| 10 | Email: msuh@gibsondunn.com<br>          jsantiago@gibsondunn.com | |
| 11 |          cmccracken@gibsondunn.com | |
| 12 | Margaret L. Carter<br>J. Jorge Deneve | Attorneys for Defendant:<br>Trevor LaRoque (Case No. BC574690) |
| 13 | O'MELVENY & MYERS LLP<br>400 S. Hope Street, 18th Floor | |
| 14 | Los Angeles, CA  90071<br>Tel:   (213) 430-6000 | |
| 15 | Fax:   (213) 430-6407<br>Email: mcarter@omm.com | |
| 16 |          jdeneve@omm.com | |
| 17 | Charles R. Jaeger<br>David Goldstein | Attorneys for Defendants:<br>Paul Butler and David Garcia |
| 18 | FARMER BROWNSTEIN JAEGER LLP<br>235 Montgomery St., Suite 835 | (Case No. BC574690) |
| 19 | San Francisco, CA  94104<br>Tel:   (415) 962-2879 | |
| 20 | Fax:   (415) 520-5678<br>Email: cjaeger@fbi-law.com | |
| 21 |          dgoldstein@fbi-law.com | |
| 22 | Jeffrey L. Steinfeld<br>SCHEPER, KIM & HARRIS LLP | Attorneys for Non-Parties:<br>Paul O. Paradis; Paradis Law Group, LLC; |
| 23 | 601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071 | and Aventador Utility Solutions, LLC<br>(Case No. BC574690) |
| 24 | Tel:   (213) 613-4655<br>Fax:   (213) 613-4556 | |
| 25 | Email: jsteinfeld@scheperkim.com | |
| 26 | | |
| 27 | | |
| 28 | | |

-6-

| | | |
|---|---|---|
| 1 | Grant B. Gelberg | Attorneys for Non-Party: |
| 2 | HUANG YBARRA GELBERG & MAY LLP<br>550 S. Hope Street, Suite 1850 | Gina Tufaro<br>(Case No. BC574690) |
| 3 | Los Angeles, CA 90072<br>Tel:   (213) 884-4900 | |
| 4 | Fax:   (213) 884-4910<br>Email: Grant.Gelberg@hygmlaw.com | |
| 5 | | |
| 6 | Alan Himmelfarb<br>LAW OFFICES OF ALAN HIMMELFARB | Attorneys for Plaintiffs:  Debra Macias; et al. |
| 7 | 80 W. Sierra Madre Blvd., Suite 304<br>Sierra Madre, CA  91024 | (Case No. BC594049) |
| 8 | Tel:   (626) 325-3104<br>Fax:   (626) 325-3104 | Attorneys for Plaintiff:  Daniel Morski<br>(Case No. BC568722) |
| 9 | Email: consumerlaw1@earthlink.net | |
| 10 | David C. Parisi<br>Suzanne Havens Beckman | Attorneys for Plaintiffs:  Debra Macias, et al. |
| 11 | PARISI & HAVENS LLP<br>212 Marine St., Suite 100 | (Case No. BC594049) |
| 12 | Santa Monica, CA  90405<br>Tel:   (818) 990-1299 | Attorneys for Plaintiff:  Daniel Morski<br>(Case No. BC568722) |
| 13 | Fax:   (818) 501-7852<br>Email: dcparisi@parisihavens.com | |
| 14 |          shavens@parisihavens.com | |
| 15 | Sheri Manning<br>Gary Luckenbacher | Attorneys for Plaintiffs:  Debra Macias, et al. |
| 16 | MANNING, MANNING & LUCKENBACHER<br>20750 Ventura Blvd., Suite 203 | (Case No. BC594049) |
| 17 | Woodland Hills, CA  91364<br>Tel:   (818)883-8000 | Attorneys for Plaintiff:  Daniel Morski<br>(Case No. BC568722) |
| 18 | Fax:   (818)883-8077<br>Email: smanningesq@aol.com | |
| 19 | | |
| 20 | Timothy G. Blood<br>Leslie E. Hurst | Attorneys for Plaintiffs:<br>Sharon Bransford; Steven Shrager and |
| 21 | Jennifer L. MacPherson<br>BLOOD HURST & O'REARDON LLP | Rachel Tash<br>(Case No. BC565618) |
| 22 | 501 West Broadway, Suite 1490<br>San Diego, CA 92101 | |
| 23 | Tel:   (619) 338-1100<br>Fax:   (619) 338-1101 | |
| 24 | Email: tblood@bholaw.com<br>          lhurst@bholaw.com | |
| 25 |          jmacpherson@bholaw.com | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

| | |
|---|---|
| Lee Jackson<br>Gillian L. Wade<br>Marc A. Castaneda<br>MILSTEIN JACKSON FAIRCHILD & WADE LLP<br>10250 Constellation Blvd., 14th Floor<br>Los Angeles, CA 90067<br>Tel:    (310) 396-9600<br>Fax:    (310) 396-9635<br>Email: ljackson@majfw.com<br>         gwade@majfw.com<br>         mcastaneda@majfw.com | Attorneys for Plaintiffs:<br>Sharon Bransford; Steven Shrager; and Rachel Tash<br>(Case No. BC565618) |
| Andre E. Jardini<br>K.L. Myles<br>KNAPP, PETERSEN & CLARKE<br>550 North Brand Blvd., Suite 1500<br>Glendale, CA  91203-1922<br>Tel:    (818) 547-1922<br>Fax:    (818) 547-5329<br>Email: aej@kpclegal.com<br>         klm@kpclegal.com | Attorneys for Plaintiffs:<br>Yaar Kimhi; Tahl Beckerman Megerdichian; and Yelena Novak<br>(Case No. BC536272) |
| David E. Bower<br>BOWER LAW GROUP PC<br>600 Corporate Pointe, Suite 1170<br>Culver City, CA  90230<br>Tel:    (213) 446-6652<br>Cell:    (310) 210-0605<br>Email: DBower@BowerLawGroup.com | Attorneys for Plaintiff:<br>Hayley Fontaine<br>(Case No. BC571664) |
| Mark T. Drooks<br>Nithin Kumar<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS LINCENBERG & RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA  90067<br>Tel:    (310) 201-2100<br>Fax:    (310) 201-2110<br>Email: mdrooks@birdmarella.com<br>         nkumar@birdmarella.com | Attorneys for Non-Party:<br>Jack Landskroner<br>(Case No. BC577267) |
| Edward M. Robbins, Jr.<br>9150 Wilshire Boulevard, Suite 300<br>Beverly Hills, CA 90212-3414<br>Telephone:  (310) 281-3289<br>Facsimile:  (310) 859-5129<br>Email: EdR@taxlitigator.com | Special Master in Jones (Case No. BC577267) |

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER TO SHOW CAUSE RE DISGORGEMENT OF FEES

# Exhibit C

Exempt From Fi[...]
Government Cod[...]

64671512
Jan 29 2020
04:27PM

E-SERVICE
File & ServeXpress

1  Michael N. Feuer (State Bar No. 111529)
   City Attorney
2  Joseph A. Brajevich (State Bar No. 156144)
   General Counsel, Department of Water and
3  Power
   LOS ANGELES CITY ATTORNEY'S OFFICE
4  221 N. Figueroa Street, Suite 1000
   Los Angeles, California  90012

5  BROWNE GEORGE ROSS LLP                        BIRD, MARELLA, BOXER, WOLPERT,
   Eric M. George (State Bar No. 166403)         NESSIM, DROOKS LINCENBERG &
6  Maribeth Annaguey (State Bar No. 228431)      RHOW, P.C.
   Kathryn L. McCann (State Bar No. 245198)      Mark T. Drooks (State Bar No. 123561)
7  2121 Avenue of the Stars, Suite 2800          Nithin Kumar (State Bar No. 300607)
   Los Angeles, California 90067                 1875 Century Park East, 23rd Floor
8  Telephone: (310) 274-7100                     Los Angeles, CA 90067
   Facsimile: (310) 275-5697                     Tel:    (310) 201-2100
9                                                Fax:    (310) 201-2110
10 Attorneys for Defendant City of Los Angeles
                                                 Attorneys for Non-Party Jack Landskroner
11 Brian S. Kabateck (State Bar No. 152054)      LAW OFFICES OF MICHAEL J LIBMAN
   Anastasia K. Mazzella (State Bar No. 245201)  APC
12 Serena Vartazarian (State Bar No. 303260)     Michael Libman (State Bar No. 222353)
   KABATECK LLP                                  18321 Ventura Blvd., #700
13 633 West Fifth Street, Suite 3200             Tarzana, CA  91356
   Los Angeles, CA 90071                         Tel:    (818) 995-7300
14 Telephone:    (213) 217-5000                  Fax:    (866) 644-6764
   Facsimile:    (213) 217-5010                  Email: mjl@libmanlaw.com
15
16 Attorneys for ANTWON JONES, on behalf of
   the Class

17                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

18            COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT, COMPLEX

19 ANTWON JONES, on behalf of himself, and     Case No. BC577267 (Lead case)
   all other similarly situated,               [Related to Case Nos. BC536272, BC565618,
20                                              BC568722, BC571664, BC594049; and
            Plaintiff,                          BC574690]
21                                              *Assigned for All Purposes to:*
        vs.                                     Hon. Elihu M. Berle, Dept. SSC-6
22                                              [CLASS ACTION]
   CITY OF LOS ANGELES, by and through the
23 Los Angeles Department of Water and Power;  **STIPULATION AND [PROPOSED]**
   and DOES 1 through 50, inclusive,           **ORDER TO STAY HEARING ON OSC RE**
24                                              **DISGORGEMENT OF FEES**
            Defendants.
25                                              Date:     February 25, 2020
                                                Time:     9:00 a.m.
26                                              Dept.:    SSC-6

27                                              Action Filed:    April 1, 2015
                                                Trial Date:      None Set
28

1408581.1                                                    BC577267 (Lead case)

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

# **STIPULATION**

Plaintiff Antwon Jones, on behalf of himself and the Class ("Plaintiff"), the City of Los Angeles, by and through the Los Angeles Department of Water and Power (the "City"), , non-party Michael J. Libman and Michael J. Libman, APC (collectively "Libman"), and non-party Jack Landskroner (on behalf of Landskroner Grieco Merriman, LLC, Tom Merriman and Paul Grieco) (collectively "Landskroner") (Plaintiff, the City, Libman and Landskroner are collectively referred to herein as the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 26, 2019, the City and Plaintiff filed a Joint Application for an Order to Show Cause re Issuance of a Preliminary Injunction Requiring Disgorgement of Attorneys' Fees ("Joint Application");

WHEREAS, the Joint Application sought the Court's intervention to disgorge approximately $11,755,000 in attorneys' fees paid pursuant to the *Jones* Settlement to Landskroner and Libman;

WHEREAS, Landskroner and Libman deny the allegations in the Joint Application;

WHEREAS, on December 2, 2019, the Court granted the Joint Application;

WHEREAS, the Court set the OSC for hearing on February 25, 2020, and set a January 31, 2020 deadline for Landskroner and Libman to file oppositions to the OSC;

WHEREAS, on January 27, 2019, the City and Plaintiff submitted a Stipulation and [Proposed] Order requesting that the Court stay further proceedings on the OSC at this time, and vacate the February 25, 2020 OSC hearing;

WHEREAS, on January 29, 2020, the City and Plaintiff were informed that the Court is requiring that all parties to the OSC proceeding stipulate to vacating the OSC hearing in order for it to be taken off-calendar;

WHEREAS, Landskroner and Libman, while denying all of the allegations in the Joint Application and disagreeing with the need for an OSC, are amenable to stipulating to stay further proceedings on the OSC;

1    ACCORDINGLY, the Parties hereby respectfully request that the Court STAY further

2   proceedings on the OSC at this time, and VACATE the February 25, 2020 OSC hearing, without

3   prejudice to the City and/or Plaintiff re-filing an application for an OSC, or similar motion for

4   disgorgement, at a later date.

5

6    IT IS SO STIPULATED.

7

8   DATED:  January 29, 2020            BROWNE GEORGE ROSS LLP
                                        Eric M. George
9                                       Maribeth Annaguey
                                        Kathryn L. McCann
10

11

12                                      By:  ____/s/ Kathryn L. McCann_____
                                             Kathryn L. McCann
13                                      Attorneys for Defendant City of Los Angeles

14

15  Dated:  January 29, 2020            KABATECK LLP
                                        Brian S. Kabateck
16                                      Anastasia K. Mazzella

17

18                                      By:  ____/s/Anastasia K. Mazzella____
                                             Brian S. Kabateck
19                                           Anastasia K. Mazzella
                                        Counsel for the Class
20

21  Dated:  January 29, 2020            BIRD MARELLA BOXER WOLPER NESSIM
                                        DROOKS LINCENBERG & RHOW, P.C.
22                                      Mark T. Drooks
                                        Nithin Kumar
23

24                                      By:  ____/s/Mark T. Drooks_____
                                             Mark T. Drooks
25                                      Attorneys for Non-Party Jack Landskroner

26

27

28

1

Dated:  January 29, 2020                    LAW OFFICES OF MICHAEL J LIBMAN APC
                                            Michael J. Libman

2

3                                           By: _____
                                                    */s/Michael J. Libman*
4                                               Michael J. Libman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROPOSED ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and hereby STAYS further proceedings on the OSC and VACATES the OSC hearing currently set for February 25, 2020, without prejudice to the City and/or Plaintiff re-filing an application for an OSC, or similar motion for disgorgement, at a later date.

DATED:  January ___, 2020

_____

Hon. Elihu M. Berle
Judge of the California Superior Court for the
County of Los Angeles

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 633 West Fifth Street, Suite 3200, Los Angeles, CA 90071.

On January 29, 2020, I served a copy of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER TO SHOW CAUSE RE DISGORGEMENT OF FEES** on the interested party(ies) in this action as follows:

**[X]**     **VIA FILE AND SERVE:**     I caused such documents described herein to be uploaded electronically onto the website www.fileandservexpress.com per a mutual agreement between the parties.  I uploaded the above entitled document(s) with the understanding that all parties will have access and be able to download said documents

**[X]**     **STATE:**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2020, at Los Angeles, California.

*Irma DeLeon*

Irma Deleon

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

# Exhibit D

E-SERVICE
64674610
Jan 30 2020
11:38AM
File & ServeXpress

1
2
3
4
5
6
7
8

BRIAN S. KABATECK (SBN 152054)
bsk@kbklawyers.com
ANASTASIA K. MAZZELLA (SBN 245201)
am@kbklawyers.com
SERENA VARTAZARIAN (SBN 303260)
sv@kbklawyers.com
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone:     (213) 217-5000
Facsimile:     (213) 217-5010
*Class Counsel on behalf of the Jones Class*

9

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10

**COUNTY OF LOS ANGELES**

11
12
13
14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| ANTWON JONES, on behalf of himself, and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF LOS ANGELES, by and through the Los Angeles Department of Water and Power; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Lead Case No.: BC577267 [Related to Case Nos. BC536272, BC565618, BC568722, BC571664, BC594049, BC574690]<br><br><br><br>**NOTICE OF ORDER**<br>**ON JANUARY 30, 2020**<br><br><br><br>Dept.:          6<br>Judge:         Honorable Elihu M. Berle |
| AND RELATED CASES | |

24
25
26
27
28

          ///

          ///

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN**

**PLEASE TAKE NOTICE** that on January 30, 2020, the Court in the above-referenced matter ordered:

      1.     The OSC re disgorgement of fees hearing currently set for February 25, 2020 at 9:00 a.m. is vacated without prejudice to the City and/or Plaintiff re-filing an application for an OSC, or similar motion for disgorgement, at a later date.

      2.     Jack Landskroner's motion to be relieved as counsel set for February 25, 2020 at 9:00 a.m. is continued to March 12, 2020 at 9:00 a.m.

      2.     Attached as Exhibit 1 is the signed Order;

      3.     Kabateck LLP was ordered to give notice.

Dated: January 30, 2020

                                        **KABATECK LLP**

                                        BRIAN S. KABATECK
                                        ANASTASIA K. MAZZELLA
                                        SERENA J. VARTAZARIAN
                                        *Attorneys for the Class*

**EXHIBIT 1**

~~PROPOSED~~ ORDER

1

2          GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and hereby

3   ~~STAYS further proceedings on the OSC and~~ VACATES the OSC hearing currently set for

4   February 25, 2020, without prejudice to the City and/or Plaintiff re-filing an application for an

5   OSC, or similar motion for disgorgement, at a later date.

6

7   DATED: January **30**, 2020

8

9                                        _____
                                         Hon. Elihu M. Berle
10                                       Judge of the California Superior Court for the
                                         County of Los Angeles
11

12

13   \* Motion to be relieved as counsel, \*

14     Jack Landskroner, set 2·25·20,

15     is continued to 3·12·20 @ 9AM

16

17

18

19

20

21

22

23

24

25

26

27

28
     1408581.1                          -4-                          BC577267 (Lead case)

STIPULATION AND [PROPOSED] ORDER TO STAY HEARING ON ORDER
TO SHOW CAUSE RE DISGORGEMENT OF FEES

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 633 West Fifth Street, Suite 3200, Los Angeles, CA 90071.

On January 30, 2020, I served a copy of the following document(s) described as **NOTICE OF ORDER ON JANUARY 30, 2020** on the interested party(ies) in this action as follows:

**[X]**   **VIA FILE AND SERVE:**   I caused such documents described herein to be uploaded electronically onto the website www.fileandservexpress.com per a mutual agreement between the parties.  I uploaded the above entitled document(s) with the understanding that all parties will have access and be able to download said documents

**[X]**   **STATE:**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2020, at Los Angeles, California.

_Irma DeLeon_
Irma Deleon

---

PROOF OF SERVICE