Filippo Marchino, Esq. (SBN 256011)
FM@XLAWX.com
Carlos X. Colorado, Esq. (SBN 231031)
CC@XLAWX.com
Thomas E. Gray, Esq. (SBN 299898)
TG@XLAWX.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Attorneys for Plaintiff Dennis Bradshaw

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GRIECO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J LIBMAN APC, a California Professional Corporation; MICHAEL J. LIBMAN, an individual; KIESEL LAW LLP, a California limited liability partnership; PAUL KIESEL, an individual; PARADIS LAW GROUP PLLC, a New York Professional Service Limited Liability Company; PAUL PARADIS, an individual,<br><br>Defendants. | Case No. 2:19-cv-06661-VAP (JCx)<br><br>**PLAINTIFF DENNIS BRADSHAW'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION DISMISS**<br><br>**Date:** March 6, 2023<br>**Time:** 10:00 a.m.<br>**Courtroom:** 6A<br>**Judge:** Virginia A. Phillips<br><br><br><br>Trial Date: None Set |

1  Pursuant to Federal Rule of Evidence 201, Plaintiff Dennis Bradshaw respectfully
2  requests that this Court consider and take judicial notice of the exhibits attached hereto.
3  **Exhibit 1** is a true and correct copy of the Court's June 25, 2021 Order Granting
4  in Part Motion to Dismiss in <u>Jones v. City of Los Angeles</u>, Case No. 2:20-cv-11502-VAP-
5  JCx (C.D. Cal.).
6  **Exhibit 2** is a true and correct copy of Plea Agreement for Defendant Paul O.
7  Paradis, filed in in <u>United States v. Paradis</u>, Case No. 2:21-cr-00540-SB (C.D. Cal.).
8  **Exhibit 3** is a true and correct copy of Plea Agreement for Defendant Thomas H.
9  Peters, filed in <u>United States v. Peters</u>, Case No. 2:22-cr-00009-SB (C.D. Cal.).
10 **Exhibit 4** is a true and correct copy of Special Master Edward M.r Robbins, Jr.'s
11 Report on The Investigation Into Any Violations Surrounding The Case and Action of
12 Jones v. City of Los Angeles and Related Cases, filed in <u>Jones v. City of Los Angeles</u>,
13 Case No. BC577267 (LA County Superior Court).

## I.   LEGAL STANDARD

The doctrine of judicial notice permits a court to take as true "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The court "***must*** take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2) (emphasis added).

Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." <u>Harris v. Cty. of Orange</u>, 682 F.3d 1126, 1132 (9th Cir. 2012) (internal citation omitted); <u>Reed</u>, 2014 WL 12638880, at *2-3 (taking judicial notice of documents filed in L.A. Superior Court to decide a motion to dismiss). This includes transcripts of court hearings and proceedings. See <u>Reyn's Pasta Bella, LLC v. Visa USA, Inc.</u>, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of a hearing transcript and briefs filed in courts); <u>Business Solutions, LLC v.</u>

Ganatra, No. 18-cv-1426-DOC, 2019 WL 926351, at *3 (C.D. Cal. Jan. 7, 2019) (judicially noticing transcript of state-court hearing to decide motion to dismiss); Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank, 136 F.3d 1360, 1364 (9th Cir. 1998) (judicially noticing "pleadings filed in a related state court action").

Judicial notice of court filings is appropriate where the party shows that the documents "were in fact court documents and matters of public record." Reed, 2014 WL 12638880, at *3; Life Bliss Found. v. Sun TV Network Ltd., No. 13-cv-00393-VAP, 2014 WL 12589657, at *6 (C.D. Cal. Sept. 17, 2014) (taking judicial notice of court filings where defendants "provided reference and case numbers for the documents requested for judicial notice, showing that they were in fact court documents and matters of public record").

## II. GROUNDS FOR CONSIDERING THE ATTACHED EXHIBITS TO DECIDE THE MOTION TO DISMISS

The Court must take judicial notice of Exhibit 1-4, federal court records. Judicial notice is warranted because they are court filings or other court records. DJ St. Jon on Behalf of Herself and All Others Similarly Situated v. Tatro, No. 15-cv-2552, 2016 WL 1162678, at *4 (S.D. Cal. Mar. 23, 2016); Reyn's Pasta, 442 F.3d at 746 n.6 (recognizing that "[w]e may take judicial notice of court filings and other matters of public record"); Burbank-Glendale-Pasadena Airport Auth., 136 F.3d at 1364 (granting request to take judicial notice of pleadings filed in related state court action); McVey v. McVey, 26 F. Supp. 3d 980, 984 (C.D. Cal. 2014) ("[P]leadings filed and orders issued in related litigation are proper subjects of judicial notice under Rule 201.").

## III. CONCLUSION

For the foregoing reasons, the Court should consider Exhibit 1-4 when deciding Libman Defendants' Motion To Impose Rule 11, § 1927, Inherent Powers Sanctions On Plaintiffs' Counsel.

| | | |
|---|---|---|
| DATED: February 20, 2023 | | **THE X-LAW GROUP, P.C.** |
| | By: | /s/ Filippo Marchino /s/ |
| | | FILIPPO MARCHINO |
| | | *Attorneys for Plaintiff* |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 625 Fair Oaks Avenue, Suite 390, South Pasadena, CA 91030.

On February 20, 2023, I served the following document(s) described as **PLAINTIFF DENNIS BRADSHAW'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION DISMISS** on the interested parties in this action as follows:

Paul Paradis, Pro Se
4422 N. 75th Street, Unit 4005
Scottsdale, AZ 85251

[ X ] BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons identified in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 20, 2023, at South Pasadena, California.

*Suzy Garcia*
Declarant – Suzy Garcia