Filippo Marchino, Esq. (SBN 256011)
FM@XLAWX.com
Carlos X. Colorado, Esq. (SBN 231031)
CC@XLAWX.com
Thomas E. Gray, Esq. (SBN 299898)
TG@XLAWX.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Attorneys for Plaintiff Dennis Bradshaw

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GRIECO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J LIBMAN APC, a California Professional Corporation; MICHAEL J. LIBMAN, an individual; KIESEL LAW LLP, a California limited liability partnership; PAUL KIESEL, an individual; PARADIS LAW GROUP PLLC, a New York Professional Service Limited Liability Company; PAUL PARADIS, an individual,<br><br>Defendants. | Case No. 2:19-cv-06661-VAP (JCx)<br><br>**JOINT STIPULATION TO CONTINUE TIME TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br><br>Trial Date: None Set |

Plaintiff Dennis Bradshaw ("Plaintiff"), Defendants Kiesel Law LLP, Paul Kiesel, Thomas Peters, The Landskroner Law Firm, Ltd., and Jack Landskroner (deceased), and Cross-Defendant James Clark (collectively "Stipulating Defendants") hereby stipulate as follows:

On March 29, 2023 the Court entered an order [Dkt. No. 212] that provided for Plaintiff to file a Second Amended Complaint by May 26, 2023 and allowed Defendants to file an answer within 21 days thereafter. The Court's order was based on a stipulation that was filed on March 24 [Dkt. No. 208]. The March 24 stipulation contemplated a mediation to be held on May 13, 2023.

On April 19, 2023, the Landskroner Defendants (The Landskroner Law Firm, Ltd., and Jack Landskroner (deceased)) substituted counsel [Dkt. 217], and on April 24, 2023, this Court approved the substitution. [Dkt. 219] This made it impossible for counsel for the Landskroner Defendants to get up to speed in time for the May 13, 2023 mediation.

At the same time, the adjuster for the Kiesel Defendants (Kiesel Law LLP and Paul Kiesel) noted a conflict for the date of May 13, 2023 and requested new dates from mediator Judge Buckley. Judge Buckley freed the date of Saturday May 27, 2023, and all stipulating parties agreed to that date.

On May 27, 2023, the parties conducted a full day mediation with Judge Buckley. While the case did not resolve, the parties accomplished numerous goals and, at the request of Judge Buckley, set a further mediation date for July 27, 2023. The date of July 27, 2023 was suggested by Judge Buckley, agreed upon by all parties, and based on the idea that the parties and Judge Buckley would work between now and then to familiarize the mediator with the myriad of facts in this case. Additionally, the stipulating parties and Judge Buckley agreed that there will likely be a further mediation session after the July 27, 2023 date.

During the mediation of May 27, 2023, it became clear that further pleadings and motion work before this Court would alter the status quo between the parties and, inevitably, complicate and increase the workload on the mediator. Additionally, during

the work done by Judge Buckley at the mediation, it became evident that there may be additional parties that are liable to the proposed Class, and not yet in the case. Accordingly, the stipulating parties submit the present stipulation.

Absent the mediation efforts, Plaintiff would have filed a Second Amended Complaint as contemplated by the March 29, 2023 order.  However, because Plaintiff and Stipulating Defendants intended to mediate this case, and given the progress that had been achieved up until that point, Plaintiff instead deferred filing his Second Amended Complaint until he could bring this stipulation to the Court.

The stipulating parties therefore ask as follows:

(1) That the Court stay all further pleadings in this case until 60 days after the end of the mediative efforts with Judge Buckley by the stipulating parties;

(2) That the Court stay intra-party discovery as to prevent the unnecessary expenditure of time and costs that would otherwise be directed towards resolution of the case.

If at the end of these mediative efforts before Judge Buckley this case has not resolved, Plaintiff will either (1) file the Second Amended Complaint or (2) file a statement notifying the Court and Defendants that he *will not be filing an amended complaint*.  Defendants will then be afforded 21 days from that date to file an answer (or in the case of Clark a motion to dismiss if he so chooses).

The purpose of this stipulation is to ensure that the stipulating parties will not be prejudiced due to uncertainty as to whether 1) Plaintiff intends to file a Second Amended Complaint and accordingly 2) the deadline by which they should file an answer.

| | |
|---|---|
| DATED: June 5, 2023 | **THE X-LAW GROUP, P.C.** |
| | By: /s/ Filippo Marchino /s/ |
| | FILIPPO MARCHINO |
| | *Attorneys for Plaintiff* |
| DATED: June 5, 2023 | **SQUIRE PATTON BOGGS** |
| | By: //s//Adam Fox//s// |
| | ADAM R. FOX |
| | MARISOL C. MORK |
| | *Attorneys for* Cross-Defendant James Clark |
| DATED: June 5, 2023 | **NEMECEK & COLE** |
| | By: //s//Vikram Sohal//s// |
| | MICHAEL MCCARTHY |
| | VIKRAM SOHAL |
| | *Attorneys for Defendants Paul Kiesel and Kiesel Law LLP* |
| DATED: June 5, 2023 | **ROBIE & MATTHAI** |
| | By: //s// Edith Matthai//s// |
| | EDITH R. MATTHAI |
| | T. JOHN FITZGIBBONS |
| | Attorneys for Defendant THOMAS PETERS |
| DATED: June 5, 2023 | **KJAR, McKENNA & STOCKALPER, LLP** |
| | By: //s// Greg Emdee //s// |
| | JAMES KJAR |
| | GREG EMDEE |
| | *Attorneys for Defendants Jack Landskroner and The Landskroner Law Firm LTD* |

## SIGNATURE CERTIFICATION

I, Filippo Marchino, hereby certify that the content of this Joint Stipulation is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By:  /s/ Filippo Marchino /s/

FILIPPO MARCHINO

Attorney for Plaintiff

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 625 Fair Oaks Avenue, Suite 390, South Pasadena, CA 91030.

On June 6, 2023, I served the following document(s) described as **JOINT STIPULATION TO CONTINUE TIME TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** on the interested parties in this action as follows:

Paul Paradis, Pro Se
4422 N. 75th Street, Unit 4005
Scottsdale, AZ 85251

[ X ] BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons identified in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 6, 2023, at South Pasadena, California.

Declarant – Suzy Garcia