UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:19-cv-06661-VAP-JCx | Date June 15, 2023 |
| Title *Dennis Bradshaw v. City of Los Angeles et al* | |

Present: The Honorable  VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE

| WENDY HERNANDEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER RESCHEDULING HEARING AND SETTING SCHEDULING CONFERENCE (IN CHAMBERS)

The Court reschedules the hearing on the Motion to Bifurcate Discovery into Class Certification and Merits Phases ("Motion," Doc. No. 230) to August 21, 2023 at 11:00 a.m.  Counsel are advised that at the hearing on the Motion, the Court will set scheduling dates.  All counsel shall participate in the filing of an Amended Joint Rule 26(f) report to be filed seven (7) days prior to the hearing date set above.

**IT IS SO ORDERED.**