**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dennis Bradshaw, | CASE NUMBER |
| PLAINTIFF(S) | 2:19-cv-06661-VAP-JC |
| v. | |
| City of Los Angeles, et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. Section 455

_____

_____

_____

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.


August 15, 2023                              /s/ Jacqueline Chooljian
Date                                         United States Magistrate Judge


**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge          Patricia Donahue          .

On all documents subsequently filed in this case, please substitute the initials          PD          after the case number in

place of the initials of the prior judge, so that the case number will read          2:19-cv-06661 GW(PDx)          . This is very

important because the documents are routed to the assigned judges by means of these initials


cc:    *Previous Magistrate Judge*