# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GRIECO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J LIBMAN APC, a California Professional Corporation; MICHAEL J. LIBMAN, an individual; KIESEL LAW LLP, a California limited liability partnership; PAUL KIESEL, an individual; PARADIS LAW GROUP PLLC, a New York Professional Service Limited Liability Company; PAUL PARADIS, an individual,<br><br>Defendants. | Case No. 2:19-cv-06661-VAP (JCx)<br><br>**DECLARATION OF DAVID C. SCHEPER**<br><br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

I, David C. Scheper, make this declaration under penalty of perjury under the laws of the United States.  I have personal knowledge of the facts set forth below and could and would competently testify thereto if called upon to do so:

1.      I am a Partner in Winston & Strawn LLP and criminal counsel to Paul O. Paradis in *United States v. Paradis*, 21-cr-00540-SB, pending before the Hon. Stanley Blumenfeld, Jr. ("USA v. Paradis").

2.      I am not counsel to Mr. Paradis in the above captioned *Bradshaw* class action. In that case, Mr. Paradis is representing himself *pro se*.  However, I have personal knowledge regarding certain assertions the Government has made in its motion to quash.  I make this declaration for the express purpose of correcting the record concerning certain false statements made by the Government concerning the "Use Parameters" imposed on Mr. Paradis and his Defense Team in *USA v. Paradis*, of which I am the lead member.

3.      Based on my work as Mr. Paradis' criminal counsel, I am thoroughly familiar with all matters relating to *USA v. Paradis*. I have personal knowledge that, in advance of Mr. Paradis' criminal sentencing hearing on June 27, 2023, the Government produced certain materials to Paradis and his Defense Team for use by Paradis and his Defense Team in preparing Paradis' Sentencing Memorandum and related documents (the "Sentencing Discovery Materials") in *USA v. Paradis*.

4.      Before producing the Sentencing Discovery Materials to Paradis and his Defense Team, the Government demanded that Paradis and his Defense Team agree to certain Use Parameters imposed by the Government.

5.      Among other things, the Use Parameters prohibit Paradis and the Defense Team from permitting anyone other than Paradis and the Defense Team "to review or have possession of the Sentencing Discovery" other than Judge Blumenfeld.

6.     I have read plaintiff Bradshaw's Motion To Compel and the Joint Stipulation filed by plaintiff Bradshaw and Mr. Paradis on August 8, 2023.  I have also read the Government's Motion To Intervene and Quash the Subpoena to Paul Paradis that the Government filed in the Bradshaw Class Action on August 22, 2023 (the "Motion To Quash").

7.     In the Motion To Quash, the Government stated, in relevant part, "*Paradis now asks the Court to compel him to produce documents he swore not to disseminate – in clear violation of the Use Parameters.*"  *Id*. at 8:23-9:4.  (Italics added).

8.     As Mr. Paradis' criminal counsel, my Partner Jeffrey Steinfeld and I obtained the Sentencing Discovery Materials from the Government and secured Mr. Paradis' agreement to the Use Parameters.  From my involvement in this work, I have personal knowledge that, while Mr. Paradis did, in fact, agree not to disseminate the Sentencing Discovery Materials, Mr. Paradis was not asked to, and did not make, any statement to the government under oath relating to the dissemination of the Sentencing Discovery Materials.  The Government's statement to the contrary is false.

9.     Similarly, while Mr. Steinfeld and I also agreed not to disseminate the Sentencing Discovery Materials, neither of us was asked to, nor did we, provide a sworn oath not to disseminate the Sentencing Discovery Materials.

10.     Based on my conversations with Messrs. Paradis and Steinfeld, neither Mr. Paradis, Mr. Steinfeld, nor I have disseminated the Sentencing Discovery Materials.

11.     To the contrary, Messrs. Paradis, Steinfeld and myself have, in fact, honored the Use Parameters regarding the Sentencing Discovery Materials in good faith.  The Government's statement to the contrary in the Motion To Quash is simply false.

1      I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct.

3

4      Executed on August 29, 2023 at Los Angeles, California.

5

6

7              _____

8                 David C. Scheper

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28