Filippo Marchino, Esq. (SBN 256011)
FM@XLAWX.com
Carlos X. Colorado, Esq. (SBN 231031)
CC@XLAWX.com
Thomas E. Gray, Esq. (SBN 299898)
TG@XLAWX.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370
Attorneys for Plaintiff Dennis Bradshaw

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GRIECO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J LIBMAN APC, a California Professional Corporation; MICHAEL J. LIBMAN, an individual; KIESEL LAW LLP, a California limited liability partnership; PAUL KIESEL, an individual; PARADIS LAW GROUP PLLC, a New York Professional Service Limited Liability Company; PAUL PARADIS, an individual,<br><br>             Defendants. | Case No. 2:19-cv-06661-GW (MAR)<br><br>**PLAINTIFF BRADSHAW'S LODGING OF REQUESTED DOCUMENTS**<br><br>Judge: The Honorable George H. Wu<br><br>Courtroom: 9D |

Plaintiff Dennis Bradshaw ("Plaintiff") hereby files this lodging of Documents pursuant to the Court's order of August 21, 2023.

First, prior to the present filing, Plaintiff Bradshaw reached out to the other parties in an attempt to see if anyone had any other materials to contribute. Having not heard back, Plaintiff is proceeding with the present filing.

Second, in response to this Court's inquiry as to the State Bar Complaints, Plaintiff Bradshaw was unable to locate any State Bar complaints that he is able to file. However, while no State Bar complaints are being lodged with the present filing, this is a list of the current State Bar complaints along with the filing date as submitted by Mr. Paradis,[1] as well as the case number assigned to each by the State Bar of California:

**Summary of Filed State Bar of California Attorney Misconduct Complaints**
**As of September 6, 2023**

| Respondent | State Bar Case No. | Date of Complaint |
|---|---|---|
| **Angela C. Agrusa** | Case No. 23-O-15118 | April 18, 2023 |
| **Maribeth Annaguey** | Case No. 22-O-00988 | January 19, 2022 |
| **Joseph A. Brajevich** | Case No. 22-O-00983 | January 19, 2022 |

---

[1] Plaintiff Bradshaw understands that, in addition to the listed attorney misconduct complaints, other attorney misconduct complaints remain to be filed in the near future by Mr. Paradis.

-1-
**PLAINTIFF BRADSHAW'S LODGING OF REQUESTED DOCUMENTS**

| | | |
|---|---|---|
| **James P. Clark** | Case No. 22-O-00980 | January 19, 2022 |
| **Deborah Dorny** | Case No. 22-O-00986 | January 19, 2022 |
| **Michael N. Feuer** | Case No. 22-O-00978 | January 19, 2022 |
| **William Funderburk** | Case No. 23-O-14145 | December 20, 2022 |
| **Leela A. Kapur** | Case No. 22-O-00979 | January 19, 2022 |
| **Kathleen Kenealy** | Case No. 22-O-14850 | October 26, 2022 |
| **Paul R. Kiesel** | Case No. 23-O-13514 | March 14, 2023 |
| **Meldon E. Levine** | Case No. 22-O-00987 | January 19, 2022 |
| **Cynthia McClain-Hill** | Case No. 22-O-11302 | August 22, 2022 |
| **Guy C. Nicholson** | Case No. 22-O-14869 | October 26, 2022 |
| **Thomas H. Peters** | Case No. 22-O-00981 | January 19, 2022 |
| **Eskel H. Solomon** | Case No. 23-O-14117 | January 19, 2023 |
| **Richard Tom** | Case No. 22-O-00985 | January 19, 2022 |

//

Third, on August 21, 2023, the Libman defendants lodged, at Dkt. 288, the Notice of entry of Judgement from the Jones case. Plaintiff will not re-lodge the same document.

Finally, as requested by the Court, Plaintiff is lodging the following documents that he was able to source:

| **CASE** | **EXHIBIT NUMBER AND DOCUMENT NAME** |
|---|---|
| Antwon Jones v. CITY OF LOS ANGELES, by and through the Los Angeles Department of Water and Power and DOES 1 through 50, inclusive | 1 - Jones v. City of Los Angeles - Summons & Complaint |
| | 2 - ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT and FINAL JUDGMENT |
| Daniel Morski v. LOS ANGELES DEPARTMENT OF WATER AND POWER, a municipal agency of local jurisdiction of the City of Los Angeles, a California municipal corporation, and DOES 1 through 50, inclusive, | 3 - Morski v. LADWP - Summons & Complaint |

| | United States of America | 4 - PLEA AGREEMENT FOR DEFENDANT DAVID F. ALEXANDER |
|---|---|---|
| | v. | |
| | David F. Alexander | 5 - DAVID ALEXANDER POSITION RE SENTENCING |
| | | 6 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit A |
| | | 7 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit B |
| | | 8 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit C |
| | | 9 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit D |
| | | 10 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit E |
| | | 11 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit F |
| | | 12 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit G |
| | | 13 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit H |
| | | 14 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit I |
| | | 15 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit J |
| | | 16 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit K |
| | | 17 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit L |

| | |
|---|---|
| | 18 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit M |
| | 19 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit N |
| | 20 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit O |
| | 21 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit P |
| | 22 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit Q |
| | 23 - DAVID ALEXANDER POSITION RE SENTENCING - Exhibit R |
| | 24 - DAVID ALEXANDER MOTION TO PRECLUDE COURT'S CONSIDERATION OF GOVERNMENT'S POSITION RE SENTENCING |
| | 25 - GOVERNMENT'S SENTENCING MEMORANDUM |
| | 26 - DECLARATION OF ANDREW R. CIVETTI IN SUPPORT OF  GOVERNMENT'S SENTENCING MEMORANDUM & EXHIBITS 1-15 |
| | 27 - GOVERNMENT'S EX PARTE APPLICATION FOR LEAVE TO FILE A RESPONSIVE BRIEF TO DEFENDANT'S SENTENCING POSITION; DECLARATION OF SUSAN S. HAR |
| | 28 - [PROPOSED] ORDER GRANTING GOVERNMENT LEAVE TO FILE A RESPONSIVE BRIEF TO DEFENDANT'S |

**PLAINTIFF BRADSHAW'S LODGING OF REQUESTED DOCUMENTS**

| | |
|---|---|
| | SENTENCING POSITION |
| | 29 - ORDER GRANTING GOVERNMENT LEAVE TO FILE A RESPONSIVE BRIEF TO DEFENDANT'S SENTENCING POSITION |
| | 30 - GOVERNMENT'S RESPONSIVE SENTENCING BRIEF |
| | 31 - DAVID ALEXANDER RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM EXHIBITS: S-T |
| | 32 - DAVID ALEXANDER RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM - Exhibit S |
| | 33 - DAVID ALEXANDER RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM - Exhibit T |
| | 34 - JUDGMENT AND PROBATION/COMMITMENT ORDER |
| United States of America v. David H. Wright | 35 - Plea Agreement For Defendant David H. Wright |
| | 36 - GOVERNMENT'S SENTENCING MEMORANDUM |
| | 37 - DECLARATION OF MELISSA MILLS |
| | 38 - Exhibit 1 - 11 TO THE DECLARATION OF MELISSA MILLS |
| | 39 - DEFENDANT DAVID H. WRIGHT'S SENTENCING MEMORANDUM |
| | 40 - DEFENDANT DAVID H. WRIGHT'S EXHIBITS TO SENTENCING MEMORANDUM |

**PLAINTIFF BRADSHAW'S LODGING OF REQUESTED DOCUMENTS**

| | | |
|---|---|---|
| | | 41 - DEFENDANT DAVID H. WRIGHT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT |
| | | 42 - JUDGMENT AND PROBATION/COMMITMENT ORDER |
| | Debra Macias v. LOS ANGELES DEPARTMENT OF WATER AND POWER, a municipal agency of local jurisdiction of the City of Los Angeles, a California municipal corporation, and DOES I through 50, inclusive, | 43 - THIRD AMENDED COMPLAINT AND VERIFIED PETITION FOR WRIT OF MANDATE |
| | United States of America v. Paul O. Paradis | 44 - Paradis Plea Agreement |
| | | 45 - SENTENCING MEMORANDUM OF PAUL O. PARADIS EXHIBITS |
| | | 46 - Paradis EXHIBIT H (H-01 to H-07) Letters of Support Regarding Paul Paradis' Character, Remorse, and Acceptance of Responsibility |
| | | 47 - DEFENDANT PAUL O. PARADIS' OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT AND RECOMMENDATION |
| | | |

| | |
|---|---|
| | 48 - GOVERNMENT'S REPLY TO DEFENDANT'S SENTENCING MEMORANDUM AND OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT |
| | 49 - REPLY BRIEF IN SUPPORT OF PAUL O. PARADIS' SENTENCING POSITION; EXHIBITS |
| | 50 - VICTIM IMPACT STATEMENT OF LADWP |
| | 51 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT |
| | 52 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 2 |
| | 53 -DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 3 |
| | 54 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 4 |
| | 55 -DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 5 |

-8-
**PLAINTIFF BRADSHAW'S LODGING OF REQUESTED DOCUMENTS**

| | |
|---|---|
| | 56 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 6 |
| | 57 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 7 |
| | 58 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 8 |
| | 59 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 9 |
| | 60 - DECLARATION OF PAUL PARADIS IN RESPONSE TO LOS ANGELES DEPARTMENT OF WATER AND POWER'S VICTIM IMPACT STATEMENT - Exhibit 10 |
| | 61 - GOVERNMENT'S SENTENCING MEMORANDUM EXHIBIT A |
| City of Los Angeles, acting by and through its Department of Water and Power v. PriceWaterhouseCoopers, LLP | 62 - PWC - Request for Dismissal |
| | 63 - PWC - NOTICE OF FILING OF REQUEST FOR DISMISSAL |

| | | |
|---|---|---|
| Sharon Bransford<br><br>v.<br><br>The City of Los Angeles | 64 - CLASS ACTION COMPLAINT AND VERIFIED PETITION FOR WRIT OF MANDAMUS | |
| United States of America<br><br>v.<br><br>Thomas H. Peters | 65 - PLEA AGREEMENT FOR DEFENDANT THOMAS H. PETERS | |
| | 66 - DEFENDANT THOMAS H. PETERS' SENTENCING MEMORANDUM | |
| | 67 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING | |
| | 68 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit A | |
| | 69 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit B | |
| | 70 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit C | |
| | 71 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit D | |
| | 72 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit E | |
| | 73 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION | |

| | |
|---|---|
| | REGARDING SENTENCING - Exhibit F |
| | 74 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit G |
| | 75 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit H |
| | 76 - DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING - Exhibit I |
| | 77 - GOVERNMENT'S SENTENCING MEMORANDUM; EXHIBITS A-B |
| | 78 - GOVERNMENT'S SENTENCING MEMORANDUM; - Exhibit A |
| | 79 - GOVERNMENT'S SENTENCING MEMORANDUM; - Exhibit B |
| | 80 - DEFENDANT THOMAS H. PETERS' OBJECTIONS AND CORRECTIONS TO PRESENTENCE REPORT AND RECOMMENDATION LETTER |
| | 81 - GOVERNMENT'S REPLY TO DEFENDANT'S SENTENCING MEMORANDUM AND OBJECTIONS TO THE PRESENTENCE REPORT |
| | 82 - DEFENDANT THOMAS H. PETERS' SENTENCING REPLY MEMORANDUM |
| | 83 - Sentencing letter |

| | |
|---|---|
| | 84 - AMENDED JUDGMENT AND PROBATION/COMMITMENT ORDER |
| Yaar Kimhi<br><br>vs.<br><br>The City of Los Angeles | 85 - NOTICE OF ENTRY OF ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF CLASS NOTICE |

DATED: September 6, 2023         **THE X-LAW GROUP, P.C.**

By: _____
        FILIPPO MARCHINO
        Attorneys for Plaintiff

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 625 Fair Oaks Avenue, Suite 390, South Pasadena, CA 91030.

On September 6, 2023, I served the following document(s) described as PLAINTIFF BRADSHAW'S LODGING OF REQUESTED DOCUMENTS on the interested parties in this action as follows:

Paul Paradis, Pro Se
4422 N. 75th Street, Unit 4005
Scottsdale, AZ 85251

[ X ] BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons identified in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 6, 2023, at South Pasadena, California.

*Suzy Garcia*
Declarant – Suzy Garcia