STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf
the Libman defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **DENNIS BRADSHAW**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF LOS ANGELES**, *et al*., <br><br> Defendants. | 2:19-cv-06661-GW(MARx) <br><br><br> **LIST OF STATE BAR MATTERS** <br><br><br><br> Judge George Herbert Wu |

The Libman defendants provide to the court the numbers of California State Bar complaints that may relate to this matter: 19-O-13014; 19-O-13049; 19-O-13136; 19-O-12949; and 19-O-13162.

**YAGMAN + REICHMANN, LLP**

By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**

1