UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-6661-GW-MARx | Date | September 14, 2023 |
|---|---|---|---|
| Title | *Dennis Bradshaw v. City of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER**

The hearing on the Libman Defendants' motion to dismiss claims in the second amended complaint that are barred by res judicata (Dkt. No. 285) is continued from September 18, 2023 to September 25, 2023 at 8:30 a.m. The Libman Defendants are ordered to file a response to Plaintiffs' request for an order to show cause why the Libman Defendants' counsel should not be sanctioned for filing two motions to dismiss on grounds previously rejected by the Court. The response shall be filed no later than 12:00 p.m. on September 21, 2023.

:

Initials of Preparer    JG