Filippo Marchino, Esq. (SBN 256011)
FM@XLAWX.com
Carlos X. Colorado, Esq. (SBN 231031)
CC@XLAWX.com
Thomas E. Gray, Esq. (SBN 299898)
TG@XLAWX.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Attorneys for Plaintiff Dennis Bradshaw

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BRADSHAW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; MICHAEL FEUER, in his individual and official capacity; JAMES CLARK, in his individual and official capacity; THOMAS PETERS, in his individual and official capacity; THE LANDSKRONER LAW FIRM, LTD. dba LANDSKRONER GRIECO MERRIMAN, LLC, a limited liability company; JACK LANDSKRONER, an individual; LAW OFFICES OF MICHAEL J LIBMAN APC, a California Professional Corporation; MICHAEL J. LIBMAN, an individual; KIESEL LAW LLP, a California limited liability partnership; PAUL KIESEL, an individual; PARADIS LAW GROUP PLLC, a New York Professional Service Limited Liability Company; PAUL PARADIS, an individual,<br><br>Defendants. | Case No. 2:19-cv-06661- GW-MARx<br><br>**PLAINTIFF AND SETTLING DEFENDANTS' JOINT STIPULATION**<br><br>Judge: Hon. George H. Wu<br><br>Trial Date: None Set |

Pursuant to the Court's December 15, 2025 order [Dkt. No. 679] Plaintiff Dennis Bradshaw ("Plaintiff") and Paul Kiesel ("Kiesel"), Kiesel Law LLP (the "Kiesel Firm"), Jack Landskroner ("Landskroner"), deceased, the Landskroner Law Firm d/b/a Landskroner Grieco Merriman, LLC (the "Landskroner Firm"), Paul Grieco ("Grieco"), Tom Merriman ("Merriman") and Thomas Peters ("Peters"), (collectively, "Settling Defendants") submit the following stipulated briefing schedule:

| | |
|---|---|
| March 2, 2026 | Deadline to file motion for preliminary approval of class action settlement and motion for good faith settlement |
| March 9, 2026 | Deadline to file any opposition briefs |
| March 16, 2026 | Deadline to file any reply briefs |
| March 30, 2026 | Hearing on motions |

It is so stipulated.

DATED: December 19, 2025     THE X-LAW GROUP, P.C.

By:  /s/ Filippo Marchino /s/
     Filippo Marchino
     *Attorneys for Plaintiff*

DATED: December 19, 2025     **KJAR, McKENNA & STOCKALPER, LLP**

By:  //Greg Emdee//
     JAMES KJAR
     GREG EMDEE
     *Attorneys for Defendants Jack Landskroner, The Landskroner Law Firm LTD, and Paul Grieco*

DATED: December 19, 2025     **MILLER WAXLER**

By: ___//Jennifer Newcomb//_____
JENNIFER NEWCOMB
*Attorneys for Defendant Tom Merriman*

DATED: December 19, 2025     **NEMECHECK COLE LLP**

By: ____//Vikram Sohal//_____
VIKRAM SOHAL
*Attorneys for Defendants Paul Kiesel and Kiesel Law LLP*

DATED: December 19, 2025     **ROSEN SABA, LLP**

By: ___//Jim Rosen//_____
JAMES R. ROSEN
JOHN AUMER
*Attorneys for Defendant Thomas Peters*

## SIGNATURE CERTIFICATION

I, Filippo Marchino, hereby certify that the content of this Joint Stipulation is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By: ___/s/ Filippo Marchino /s/_____
FILIPPO MARCHINO
*Attorney for Plaintiff*